IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS | Misc. No. 19-_____ |

## DECLARATION OF PERRY H. APELBAUM

I, Perry H. Apelbaum, pursuant to the provisions of 28 U.S.C. § 1746, declare and say:

1. I am Chief Counsel and Staff Director for the Committee on the Judiciary of the U.S. House of Representatives (the Committee). I have served in this capacity since January 3, 2019.

2. Attached as Exhibit A is a true and correct copy of a Memorandum from Chairman Jerrold Nadler (Chairman Nadler) issued to Members of the Committee on July 11, 2019, in connection with a July 12, 2019 hearing entitled *Lessons from the Mueller Report, Part III: "Constitutional Processes for Addressing Presidential Misconduct."*

3. Attached as Exhibit B is a true and correct copy of a letter to the Honorable William P. Barr, Attorney General (Attorney General Barr), from Chairman Nadler; Adam Schiff, Chairman, House Permanent Select Committee on Intelligence (Chairman Schiff); Elijah Cummings, Chairman, House Committee on Oversight and Reform (Chairman Cummings); Elliot Engel, Chairman, House Committee on Foreign Affairs (Chairman Engel); Maxine Waters, Chairwoman, House Committee on Financial Services (Chairwoman Waters); and Richard Neal, Chairman, House Committee on Ways and Means (Chairman Neal), dated February 22, 2019.

1

12. Attached as Exhibit K is a true and correct copy of a letter to Chairman Nadler from Stephen E. Boyd, Assistant Attorney General, U.S. Department of Justice (AAG Boyd), dated May 1, 2019.

13. Attached as Exhibit L is a true and correct copy of a letter to Attorney General Barr from Chairman Nadler dated May 3, 2019.

14. Attached as Exhibit M is a true and correct copy of a letter to Chairman Nadler from AAG Boyd, dated May 7, 2019.

15. Attached as Exhibit N is a true and correct copy of a letter to Attorney General Barr, Deputy Attorney General Rod Rosenstein, and Director Wray from Chairman Schiff provided to me by the House Permanent Select Committee on Intelligence, dated May 8, 2019.

16. Attached as Exhibit O is a true and correct copy of a letter to Attorney General Barr and to Pat Cipollone, Counsel to the President, from Chairman Nadler, dated May 24, 2019.

17. Attached as Exhibit P is a true and correct copy of a brief filed on behalf of the United States in *In re Report & Recommendation of June 5, 1972 Grand Jury Concerning Transmission of Evidence to the House of Representatives*, Misc. No. 74-21, 370 F. Supp. 1219 (D.D.C. March 5, 1974), dated March 5, 1974, obtained by Judiciary Committee staff from the website of the National Archives and Records Administration.

18. Attached as Exhibit Q is a true and correct copy of an Order issued by the Special Division of the U.S. Court of Appeals for the D.C. Circuit in *In re Madison Guaranty Savings & Loan Association*, Div. No. 94-1 (D.C. Cir. Spec. Div. July 7, 1998), dated July 7, 1998, as excerpted from Volume II, Tab B of H. Doc. 105-310, *Referral from Independent Counsel Kenneth W. Starr in Conformity with the Requirements of Title 28, United States Code, Section 395(c)* (1998).

*Jury Information*, dated July 26, 2019.

26. Attached as Exhibit Y is a true and correct copy of a letter to the Honorable John J. Sirica, Chief Judge, U.S. District Court for the District of Columbia, from Peter W. Rodino, Jr., Chairman, House Committee on the Judiciary, dated March 8, 1974, obtained by Judiciary Committee staff from the website of the National Archives and Records Administration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2019, in Washington, D.C.

_____
Perry H. Apelbaum