# EXHIBIT E

ADAM B. SCHIFF, CALIFORNIA
CHAIRMAN

TIMOTHY BERGREEN, STAFF DIRECTOR
(202) 225-7690
www.intelligence.house.gov

ONE HUNDRED SIXTEENTH CONGRESS

DEVIN NUNES, CALIFORNIA
RANKING MEMBER

SCOTT GLABE, MINORITY STAFF DIRECTOR



## Permanent Select Committee on Intelligence
## U.S. House of Representatives

March 27, 2019

The Honorable William P. Barr
Attorney General of the United States

The Honorable Rod J. Rosenstein
Deputy Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

The Honorable Christopher Wray
Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

Dear Attorney General Barr, Deputy Attorney General Rosenstein, and Director Wray:

      The investigation led by Special Counsel Robert S. Mueller III is of surpassing national importance and public interest. To discharge its distinct constitutional and statutory oversight responsibility, the House Permanent Select Committee on Intelligence ("Committee") requires full visibility into the Special Counsel's Office's report, findings, and underlying evidence and information.

      The Special Counsel's investigation originated within the Federal Bureau of Investigation ("Bureau") as a counterintelligence probe, the existence of which then-Director James B. Comey confirmed publicly on March 20, 2017 in testimony before the Committee. Upon the appointment of Special Counsel Mueller, the Department of Justice ("Department") authorized the Special Counsel to assume responsibility for the investigation.[1]

      As the congressional committee of the House of Representatives charged with oversight of intelligence and counterintelligence matters, the Committee has an independent constitutional duty and express statutory right to examine the intelligence and counterintelligence information

---

[1] *Appointment of Special Counsel to Investigate Russian Interference with the 2016 Presidential Election and Related Matters*, Order No. 3915-2017, Office of the Deputy Attorney General, May 17, 2017.

gathered by the Special Counsel's Office, assess the counterintelligence and national security implications, and formulate appropriate remedies in response.

Since the congressional intelligence committees' permanent establishment in 1976 and 1977, the Department, the Bureau, and other Intelligence Community elements, consistent with their statutory obligations, have routinely provided the committees with intelligence and counterintelligence briefings, information, and deeply sensitive investigative records, especially when profound public interest creates a need for congressional oversight.

Now that the Special Counsel has concluded his investigation and submitted his report to Attorney General Barr, the Department and the Bureau must keep the Committee "fully and currently informed" of that information and the Special Counsel's findings.[2] The Committee therefore requests that the Department and Bureau provide to it all materials, regardless of form and classification, obtained or produced by the Special Counsel's Office in the course of the investigation, including but not limited to any addenda or annexes to the full report, or separate intelligence or counterintelligence-related reports; scope-related materials regarding the investigation's parameters, areas of inquiry, and subjects; investigative records and materials, including any documents such as FD-302s and FD-1023s produced from January 2015 to the present date which relate to any U.S. government contacts with any person formally or informally associated with the Trump campaign; and raw reporting or finished analysis involving intelligence or counterintelligence-related information.

Special Counsel Mueller and senior members of his office – as well as other relevant senior officials from the Department, Bureau, and Intelligence Community– must also brief the full Committee on the investigation's scope and areas of inquiry, its findings, and the intelligence and counterintelligence information gathered in the course of and related to the investigation.

The Committee's request for testimony and documents is without prejudice to, and does not obviate the need for the Department to fulfill, the March 25, 2019 request for the full report – in complete and unredacted form – by April 2, 2019 from the Chairs of the Committees on the Judiciary, Intelligence, Oversight and Reform, Financial Services, Ways and Means, and Foreign Affairs.

Consistent with the Chairs' deadline, the Committee expects that production of the materials identified above begin on April 2, 2019. The Committee will also engage the Department and Bureau directly to secure testimony at the appropriate time.

---

[2] 50 U.S.C. § 3092 (requiring, among other things, that the heads of all departments, agencies, or entities of the United States government involved in intelligence activities keep the congressional intelligence committees fully and currently informed of all intelligence activities, and to furnish to the congressional intelligence committees any information or material concerning intelligence activities which is within the custody or control of the departments, agency, or entity of the United States government); *see also* 50 U.S.C. § 3093 (defining "intelligence" to include "foreign intelligence" and "counterintelligence").

We look forward to the Department and the Bureau's continued cooperation with the Committee on this matter of grave national importance.

Sincerely,

Adam B. Schiff  
Chairman

Devin Nunes  
Ranking Member

CC   The Honorable Daniel Coats, Director of National Intelligence