# EXHIBIT Q

United States Court of Appeals
For the District of Columbia Circuit

UNITED STATES COURT OF APPEALS  **FILED** JUL 7 1998
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Special Division

Division for the Purpose of
Appointing Independent Counsels

Ethics in Government Act of 1978, As Amended

In Re:   Madison Guaranty Savings              Division No. 94-1
         & Loan Association

**FILED UNDER SEAL**

Before:   SENTELLE, *Presiding Judge*, and BUTZNER and FAY, *Senior Circuit Judges*.

## ORDER

Upon consideration of the "Ex Parte Motion for Approval of Disclosure of Matters Occurring Before a Grand Jury" filed by Independent Counsel Kenneth W. Starr on July 2, 1998, the Court finds that it is appropriate for the Independent Counsel to convey the materials described in that motion to the House of Representatives. Accordingly, it is

**ORDERED** that the motion be granted. The Court hereby authorizes the Independent Counsel to deliver to the House of Representatives materials that the Independent Counsel determines constitute information of the type described in 28 U.S.C. § 595(c). This authorization constitutes an order for purposes of Federal Rule of Criminal Procedure 6(e)(3)(C)(i) permitting disclosure of all grand jury material that the independent counsel deems necessary to comply with the requirements of § 595(c). This order may be disclosed as required in connection with the Independent Counsel's compliance with his statutory mandate.

**Per Curiam**

For the Court:
Mark J. Langer, Clerk

by   *[signature]*

Marilyn R. Sargent
Chief Deputy Clerk