# EXHIBIT U

# U.S. House of Representatives
## Committee on the Judiciary
### Washington, DC 20515-6216
### One Hundred Sixteenth Congress

## MEMORANDUM

**To**: Members of the Committee on the Judiciary
**From**: Chairman Jerrold Nadler
**Date**: June 19, 2019
**Re**: Hearing on "Lessons from the Mueller Report, Part II: Bipartisan Perspectives"

---

The Committee on the Judiciary will hold a hearing entitled "Lessons from the Mueller Report, Part II: Bipartisan Perspectives" on Thursday, June 20, 2019, at 10:00 a.m. in 2141 Rayburn House Office Building. The following are the Majority witnesses: Carrie Cordero, Senior Fellow and General Counsel, Center on a New American Security, and Adjunct Professor of Law, Georgetown University Law Center; Richard L. Hasen, Chancellor's Professor of Law and Political Science, University of California Irvine School of Law; and Alina Polyakova, Director, Project on Global Democracy and Emerging Technology, Brookings Institution. The Minority witness is Professor Saikrishna Prakash, James Monroe Distinguished Professor of Law and Paul G. Mahoney Research Professor of Law at the University of Virginia School of Law.

### I.  Oversight of the Mueller Report, Part II – Background

Volume I of Special Counsel Robert Mueller's *Report On The Investigation Into Russian Interference In The 2016 Presidential Election* ("Mueller Report" or "the Report") concludes that Russia "interfered in the 2016 presidential election in sweeping and systematic fashion."[1] The Report explains that this interference occurred "principally through two operations."[2] First, a Russian entity known as the Internet Research Agency ("IRA") "carried out a social media campaign that favored presidential candidate Donald J. Trump and disparaged presidential candidate Hillary Clinton." The IRA's goals evolved from general attempts to sow "political and social discord in the United States" into a "targeted operation that by early 2016 favored candidate Trump."[3] Second, Russia's Main Intelligence Directorate of the General Staff of the Russian Army—known as the GRU—"conducted computer-intrusion operations against entities, employees, and volunteers working on the Clinton Campaign and then released stolen documents."[4] Through these operations, the GRU stole hundreds of thousands of documents, which it then disseminated in a targeted fashion to WikiLeaks and fictitious online personas.[5]

---

[1] Robert S. Mueller, III, *Report On The Investigation Into Russian Interference In The 2016 Presidential Election* (Mar. 2019), Vol. I at 1 (hereinafter "Mueller Report").
[2] *Id.*
[3] *Id.* Vol. I at 4.
[4] *Id.* Vol. I at 1.
[5] *Id.* Vol. I at 4

Special Counsel Mueller's investigation "also identified numerous links between the Russian government and the Trump Campaign."[6] These contacts "consisted of business connections, offers of assistance to the Campaign, invitations for candidate Trump and Putin to meet in person, invitations for Campaign officials and representatives of the Russian government to meet, and policy positions seeking improved U.S.-Russian relations."[7] The investigation was not able to establish that the Trump Campaign conspired or coordinated with the Russian government in its interference activities. However, it "established that the Russian government perceived it would benefit from a Trump presidency and worked to secure that outcome, and that the [Trump] Campaign expected it would benefit electorally from information stolen and released through Russian efforts."[8]

In particular, the Trump Campaign "showed interest in WikiLeaks's releases of documents and welcomed their potential damage to candidate Clinton."[9] As WikiLeaks began releasing these stolen emails, the Trump Campaign by the late summer of 2016 was "planning a press strategy, a communications campaign, and messaging based on the possible release of Clinton emails by WikiLeaks."[10] Although relevant portions of the Mueller Report remain redacted, the unredacted text shows at least one instance in which then-candidate Trump appeared to have advanced knowledge that "more releases of damaging information would be coming."[11] Then-candidate Trump also announced in July 2016 that he hoped Russia would "find the 30,000 emails that are missing" from a private server used by Clinton when she was Secretary of State.[12] "Within approximately five hours of Trump's statement, GRU officers targeted for the first time Clinton's personal office."[13]

Several high-ranking officials from the Trump Campaign also expressed an openness to "receive derogatory information about Hillary Clinton from the Russian government."[14] On June 3, 2016, Robert Goldstone, a publicist whose client's family is connected to Vladimir Putin and the Russian government, emailed Donald Trump Jr. indicating that a Russian prosecutor was offering to provide the Trump Campaign "with some official documents and information that would incriminate Hillary and her dealings with Russia."[15] He explained that this was "'part of Russia and its government's support for Mr. Trump.' Trump Jr. immediately responded that 'if it's what you say I love it,'" and arranged to meet with the Russian prosecutor and other senior campaign officials.[16]

When asked in a June 12, 2019 interview whether an electoral candidate should call the FBI if he or she is approached by a foreign government with information about an opponent, President Trump answered, "You don't call the FBI. . . . Give me a break. Life doesn't work that way."[17] The President

---

[6] *Id.* Vol. I at 1.
[7] *Id.* Vol. I at 5.
[8] *Id.* Vol. I at 1-2.
[9] *Id.* Vol. I at 5.
[10] *Id.* Vol. I at 54.
[11] *Id.*
[12] *Id.* Vol. I at 62.
[13] *Id.* Vol. I at 49.
[14] *Id.* Vol. I at 110.
[15] *Id.*
[16] *Id.*
[17] President Donald J. Trump, interview with George Stephanopoulos, ABC News, June 12, 2019, available at https://www.realclearpolitics.com/video/2019/06/12/trump_i_would_accept_information_on_my_opponent_from_foreign_governments_its_called_oppo_research.html.

was then asked directly whether his campaign would accept information about an opponent from a foreign government in the next election. He responded, "I think you might want to listen. . . . I think I'd want to hear it." In a subsequent interview, President Trump stated that he would look at the information but would also "of course" contact the FBI or the Attorney General.[18]

As the Committee has previously expressed, it is conducting an ongoing investigation whose purposes include: "1) investigating and exposing any possible malfeasance, abuse of power, corruption, obstruction of justice, or other misconduct on the part of the President or other Members of his Administration; 2) considering whether the conduct uncovered may warrant amending or creating new federal authorities, including among other things, relating to election security, campaign finance, misuse of electronic data, and the types of obstructive conduct that the Mueller Report describes; and 3) considering whether any of the conduct described in the Special Counsel's Report warrants the Committee in taking any further steps under Congress' Article 1 powers."[19] The investigation includes consideration of whether to recommend "articles of impeachment with respect to the President or any other Administration official, as well as the consideration of other steps such as censure or issuing criminal, civil or administrative referrals. No determination has been made as to such further actions, and the Committee needs to review the unredacted [Mueller] report, the underlying evidence, and associated documents so that it can ascertain the facts and consider its next steps."[20]

This hearing will focus in particular on the lessons that can be gained from the Mueller Report and all potential remedies to prevent any misconduct from recurring. Witnesses will discuss the Mueller Report's description of Russia's efforts to interfere in the 2016 presidential election and the evidence that President Trump's campaign was receptive to Russia's assistance. The hearing will also focus on President Trump's recent remarks suggesting that he would knowingly accept opposition research from a foreign government in the next election. Witnesses may also discuss potential legislative remedies aimed to deter and counter foreign influence operations.

---

[18] *Trump Says 'Of Course' He Would Tell the FBI If He Gets Foreign Dirt*, Associated Press, June 14, 2019.
[19] *See* H. Rep. No. 116-105 (2019).
[20] *Id.*