# EXHIBIT V

<u>RPTR ZAMORA</u>

<u>EDTR ZAMORA</u>

OVERSIGHT OF THE REPORT ON THE INVESTIGATION INTO RUSSIAN INTERFERENCE
IN THE 2016 PRESIDENTIAL ELECTION: FORMER SPECIAL COUNSEL ROBERT S.
MUELLER, III
Wednesday, July 24, 2019
House of Representatives,
Committee on the Judiciary,
Washington, D.C.

The committee met, pursuant to call, at 8:32 a.m., in Room 2141,
Rayburn House Office Building, Hon. Jerrold Nadler [chairman of the
committee] presiding.

Present:  Representatives Nadler, Lofgren, Jackson Lee, Cohen,
Johnson of Georgia, Deutch, Bass, Richmond, Jeffries, Cicilline,
Swalwell, Lieu, Raskin, Jayapal, Demings, Correa, Scanlon, Garcia,
Neguse, McBath, Stanton, Dean, Mucarsel-Powell, Escobar, Collins,
Sensenbrenner, Chabot, Gohmert, Jordan, Buck, Ratcliffe, Roby, Gaetz,
Johnson of Louisiana, Biggs, McClintock, Lesko, Reschenthaler, Cline,
Armstrong, and Steube.

Staff Present:  Aaron Hiller, Deputy Chief Counsel; Arya Hariharan, Deputy Chief Oversight Counsel; David Greengrass, Senior Counsel; John Doty, Senior Advisor; Lisette Morton, Director Policy, Planning, and Member Services; Madeline Strasser, Chief Clerk; Moh Sharma, Member Services and Outreach Advisor; Susan Jensen, Parliamentarian/Senior Counsel; Sarah Istel, Oversight Counsel; Julian Gerson, Staff Assistant; Will Emmons, Professional Staff Member; Brendan Belair, Minority Staff Director; Bobby Parmiter, Minority Deputy Staff Director/Chief Counsel; Jon Ferro, Minority Parliamentarian/General Counsel; Carlton David, Minority Chief Oversight Counsel; Ashley Callen, Minority Oversight Counsel; Danny Johnson, Minority Oversight Counsel; Jake Greenberg, Minority Oversight Counsel; and Erica Barker, Minority Chief Legislative Clerk.

Chairman <u>Nadler.</u>  The Judiciary Committee will come to order. Without objection, the chair is authorized to declare recesses of the committee at any time.

We welcome everyone to today's hearing on oversight of the report on the investigation into Russian interference in the 2016 Presidential election.  I will now recognize myself for a brief opening statement.

Director Mueller, thank you for being here.  I want to say just a few words about our themes today:  responsibility, integrity, and accountability.  Your career, for example, is a model of responsibility.  You are a decorated Marine officer.  You were awarded a Purple Heart and the Bronze Star for valor in Vietnam.  You served in senior roles at the Department of Justice, and in the immediate aftermath of 9/11, you served as director of the FBI.

Two years ago, you return to public service to lead the investigation into Russian interference in the 2016 elections.  You conducted that investigation with remarkable integrity.  For 22 months, you never commented in public about your work, even when you were subjected to repeated and grossly unfair personal attacks. Instead, your indictments spoke for you and in astonishing detail.

Over the course of your investigation, you obtained criminal indictments against 37 people and entities.  You secured the conviction of President Trump's campaign chairman, his deputy campaign manager, his National Security Advisor, and his personal lawyer, among others.  In the Paul Manafort case alone, you recovered as much as

$42 million so that the cost of your investigation to the taxpayers approaches zero.

And in your report you offer the country accountability as well. In Volume I, you find that the Russian Government attacked our 2016 elections, quote, in a sweeping and systematic fashion, and that the attacks were designed to benefit the Trump campaign.

Volume II walks us through 10 separate incidents of possible obstruction of justice where, in your words, President Trump attempted to exert undue influence over your investigation.  The President's behavior included, and I quote from your report, quote, public attacks on the investigation, nonpublic efforts to control it, and efforts in both public and private to encourage witnesses not to cooperate, close quote.

Among the most shocking of these incidents, President Trump ordered his White House counsel to have you fired and then to lie and deny that it had happened.  He awarded his former campaign manager to convince the recused Attorney General to step in and to limit your work, and he attempted to prevent witnesses from cooperating with your investigation.

Although Department policy barred you from indicting the President for this conduct, you made clear that he is not exonerated. Any other person who acted in this way would have been charged with crimes, and in this Nation, not even the President is above the law, which brings me to this committee's work:  responsibility, integrity, and accountability.  These are the marks by which we who serve on this

committee will be measured as well.

Director Mueller, we have a responsibility to address the evidence that you have uncovered.   You recognize as much when you said, quote, the Constitution requires a process other than the criminal justice system to formally accuse a sitting President of wrongdoing, close quote.   That process begins with the work of this committee.

We will follow your example, Director Mueller.   We will act with integrity.   We will follow the facts where they lead.   We will consider all appropriate remedies.   We will make our recommendation to the House when our work concludes.   We will do this work because there must be accountability for the conduct described in your report, especially as it relates to the President.

Thank you again, Director Mueller.   We look forward to your testimony.

It is now my pleasure to recognize the ranking member of the Judiciary Committee, the gentleman from Georgia, Mr. Collins, for his opening statement.

[The statement of Chairman Nadler follows:]


******** COMMITTEE INSERT ********

Mr. <u>Collins.</u>  Thank you, Mr. Chairman.  And thank you, Mr. Mueller, for being here.

For 2 years leading up to the release of the Mueller report and in the 3 months since, Americans were first told what to expect and then what to believe.  Collusion, we were told, was in plain sight, even if the special counsel's team didn't find it.

When Mr. Mueller produced his report and Attorney General Barr provided it to every American, we read no American conspired with Russia to interfere in our elections but learned the depths of Russia's malice toward America.

We are here to ask serious questions about Mr. Mueller's work, and we will do that.  After an extended, unhampered investigation, today marks an end to Mr. Mueller's involvement in an investigation that closed in April.  The burden of proof for accusations that remain unproven is extremely high and especially in light of the special counsel's thoroughness.

We were told this investigation began as an inquiry into whether Russia meddled in our 2016 election.  Mr. Mueller, you concluded they did.  Russians accessed Democrat servers and disseminated sensitive information by tricking campaign insiders into revealing protected information.

The investigation also reviewed whether Donald Trump, the President, sought Russian assistance as a candidate to win the Presidency.  Mr. Mueller concluded he did not.  His family or advisers

did not.  In fact, the report concludes no one in the President's campaign colluded, collaborated, or conspired with the Russians.

The President watched the public narrative surrounding this investigation [inaudible] assume his guilt while he knew the extent of his innocence.  Volume II of Mr. Mueller's report details the President's reaction to frustrating investigation where his innocence was established early on.  The President's attitude toward the investigation was understandably negative, yet the President did not use his authority to close the investigation.  He asked his lawyer if Mr. Mueller had conflicts that disqualified Mr. Mueller from the job, but he did not shut down the investigation.  The President knew he was innocent.

Those are the facts of the Mueller report.  Russia meddled in the 2016 election, the President did not conspire with the Russians, and nothing we hear today will change those facts.  But one element of this story remains:  the beginnings of the FBI investigation into the President.  I look forward to Mr. Mueller's testimony about what he found during his review of the origins of the investigation.

In addition, the inspector general continues to review how baseless gossip can be used to launch an FBI investigation against a private citizen and eventually a President.  Those results will be released, and we will need to learn from them to ensure government intelligence and our law enforcement powers are never again used and turned on a private citizen or a potential -- or a political candidate as a result of the political leanings of a handful of FBI agents.

The origins and conclusions of the Mueller investigation are the same things:  what it means to be American.  Every American has a voice in our democracy.  We must protect the sanctity of their voice by combatting election interference.  Every American enjoys the presumption of innocence and guarantee of due process.  If we carry nothing -- anything away today, it must be that we increase our vigilance against foreign election interference, while we ensure our government officials don't weaponize their power against the constitutional rights guaranteed to every U.S. citizen.

Finally, we must agree that the opportunity cost here is too high. The months we have spent investigating from this dais failed to end the border crisis or contribute to the growing job market.  Instead, we have gotten stuck, and it's paralyzed this committee and this House.

And as a side note, every week, I leave my family and kids, the most important things to me, to come to this place because I believe this place is a place where we can actually do things and help people. Six and a half years ago, I came here to work on behalf of the people of the Ninth District in this country, and we accomplished a lot in those first 6 years on a bipartisan basis with many of my friends across the aisle sitting on this dais with me today.  However, this year, because of the majority's dislike of this President and the endless hearing and to a closed investigation have caused us to accomplish nothing except talk about the problems of our country, while our border is on fire, in crisis, and everything else is stopped.

This hearing is long overdue.  We have had truth for months.  No

American conspired to throw our election.  What we need today is to let that truth bring us confidence, and I hope, Mr. Chairman, closure.

With that, I yield back.

[The statement of Mr. Collins follows:]


******** COMMITTEE INSERT ********

Chairman <u>Nadler.</u>  Thank you, Mr. Collins.

I will now introduce today's witness.

Robert Mueller served as Director of the FBI from 2001 to 2013, and most recently served as special counsel in the Department of Justice overseeing the investigation into Russian interference in the 2016 special election.

He received his BA from Princeton University and MA from New York University, in my district, and his JD from the University of Virginia. Mr. Mueller is accompanied by his -- by counsel, Aaron Zebley, who served as deputy special counsel on the investigation.

We welcome our distinguished witness, and we thank you for participating in today's hearing.

Now, if you would please rise, I will begin by swearing you in. Raise your right hand, please.  Left hand.

Do you swear or affirm under penalty of perjury that the testimony you're about to give is true and correct to the best of your knowledge, information, and belief, so help you God?

Let the record show the witness answered in the affirmative.

Thank you.  And please be seated.

Please note that your written statement will be entered into the record in its entirety.  Accordingly, I ask that you summarize your testimony in 5 minutes.

Director Mueller, you may begin.

**STATEMENT OF ROBERT S. MUELLER, III, SPECIAL COUNSEL, THE SPECIAL COUNSEL'S OFFICE, THE INVESTIGATION INTO RUSSIAN INTERFERENCE IN THE 2016 PRESIDENTIAL ELECTION, MAY 2017 TO MAY 2019**

Mr. <u>Mueller.</u>  Good morning, Chairman Nadler and Ranking Member Collins, and the members of the committee.

As you know, in May 2017, the Acting Attorney General asked me to serve as special counsel.  I undertook that role because I believed that it was of paramount interest to the Nation to determine whether a foreign adversary had interfered in the Presidential election.  As the Acting Attorney General said at the time, the appointment was necessary in order for the American people to have full confidence in the outcome.

My staff and I carried out this assignment with that critical objective in mind:  to work quietly, thoroughly, and with integrity so that the public would have full confidence in the outcome.

The order appointing me as special counsel directed our office to investigate Russian interference in the 2016 Presidential election. This included investigating any links or coordination between the Russian Government and individuals associated with the Trump campaign. It also included investigating efforts to interfere with or obstruct our investigation.

Throughout the investigation, I continually stressed two things to the team that we had assembled.  First, we needed to do our work as thoroughly as possible and as expeditiously as possible.  It was

in the public interest for our investigation to be complete but not
to last a day longer than was necessary.

Second, the investigation needed to be conducted fairly and with
absolute integrity.  Our team would not leak or take other actions that
could compromise the integrity of our work.  All decisions were made
based on the facts and the law.

During the course of our investigation, we charged more than 30
defendants with committing Federal crimes, including 12 officers of
the Russian military.  Seven defendants have been convicted or pled
guilty.  Certain other charges we brought remain pending today, and
for those matters, I stress that the indictments contain allegations
and every defendant is presumed innocent unless and until proven
guilty.

In addition to the criminal charges we brought, as required by
Justice Department regulations, we submitted a confidential report to
the Attorney General at the conclusion of our investigation.  The
report set forth the results of our work and the reasons for our charging
and declination decisions.  The Attorney General later made the report
largely public.

As you know, I made a few limited remarks about our report when
we closed the Special Counsel's Office in May of this year, but there
are certain points that bear emphasis.  First, our investigation found
that the Russian Government interfered in our election in sweeping and
systematic fashion.

Second, the investigation did not establish that members of the

Trump campaign conspired with the Russian Government in its election interference activities.  We did not address collusion, which is not a legal term; rather, we focused on whether the evidence was sufficient to charge any member of the campaign with taking part in a criminal conspiracy, and it was not.

Third, our investigation of efforts to obstruct the investigation and lie to investigators was of critical importance.  Obstruction of justice strikes at the core of the government's effort to find the truth and to hold wrongdoers accountable.

Finally, as described in Volume II of our report, we investigated a series of actions by the President towards the investigation.  Based on Justice Department policy and principles of fairness, we decided we would not make a determination as to whether the President committed a crime.  That was our decision then and it remains our decision today.

Let me say a further word about my appearance today.  It is unusual for a prosecutor to testify about a criminal investigation. And given my role as a prosecutor, there are reasons why my testimony will necessarily be limited.

First, public testimony could affect several ongoing matters. In some of these matters, court rules or judicial orders limit the disclosure of information to protect the fairness of the proceedings. And consistent with longstanding Justice Department policy, it would be inappropriate for me to comment in any way that could affect an ongoing matter.

Second, the Justice Department has asserted privileges

concerning investigative information and decisions, ongoing matters within the Justice Department, and deliberations within our office. These are Justice Department privileges that I will respect.  The Department has released the letter discussing the restrictions on my testimony.  I therefore will not be able to answer questions about certain areas that I know are of public interest.

For example, I am unable to address questions about the initial opening of the FBI's Russia investigation, which occurred months before my appointment, or matters related to the so-called Steele dossier. These matters are subjects of ongoing review by the Department.  Any questions on these topics should therefore be directed to the FBI or the Justice Department.

As I explained when we closed the Special Counsel's Office in May, our report contains our findings and analysis and the reasons for the decisions we made.  We conducted an extensive investigation over 2 years.  In writing the report, we stated the results of our investigation with precision.  We scrutinized every word.  I do not intend to summarize or describe the results of our work in a different way in the course of my testimony today.  And as I said on May 29, the report is my testimony, and I will stay within that text.

And as I stated in May, I will not comment on the actions of the Attorney General or of Congress.  I was appointed as a prosecutor, and I intend to adhere to that role and to the Department standards that govern it.

I will be joined today by Deputy Special Counsel Aaron Zebley.

Mr. Zebley has extensive experience as a Federal prosecutor and at the FBI, where he served as my chief of staff.  Mr. Zebley was responsible for the day-to-day oversight of the investigations conducted by our office.

Now, I also want to, again, say thank you to the attorneys, the FBI agents, the analysts, the professional staff who helped us conduct this investigation in a fair and independent manner.  These individuals, who spent nearly 2 years working on this matter, were of the highest integrity.

Let me say one more thing.  Over the course of my career, I have seen a number of challenges to our democracy.  The Russian Government's effort to interfere in our election is among the most serious.  And as I said on May 29, this deserves the attention of every American.

Thank you, Mr. Chairman.

[The statement of Mr. Mueller follows:]


******** COMMITTEE INSERT ********