# EXHIBIT X

JERROLD NADLER, New York
CHAIRMAN

DOUG COLLINS, Georgia
RANKING MINORITY MEMBER

# U.S. House of Representatives
## Committee on the Judiciary
Washington, DC 20515–6216
One Hundred Sixteenth Congress

### MEMORANDUM

**To**: Members of the Committee on the Judiciary
**From**: Chairman Jerrold Nadler
**Date**: July 26, 2019
**Re**: Procedures for Handling Grand Jury Information

---

As the Members of the Committee are aware, on June 11, 2019, the House approved H. Res. 430, a resolution authorizing the Chair of the Judiciary Committee to initiate certain judicial proceedings, including filing a petition pursuant to Federal Rule of Criminal Procedure 6(e) to obtain grand jury information redacted by the Attorney General from the Mueller Report, and other grand jury information connected to the Special Counsel's investigation.

I expect that such a petition may be filed in the upcoming days. As a result, I believe it is important to issue procedures governing access by Committee and non-Committee Members to grand jury information at such time as our petition is approved by the court. I am attaching a copy of those procedures.

## House Judiciary Committee Procedures for Handling Grand Jury Information

1. The Chairman, the Ranking Member, and staff so designated, shall, at all times, have access to and be responsible for all information received by the Committee subject to Federal Rule of Criminal Procedure 6(e) (hereinafter "grand jury information"). The Chairman shall designate five (5) staff for the majority and, in consultation with the Ranking Member, three (3) for the minority under this paragraph. Other Committee Members and staff shall have access in accordance with the procedures hereafter set forth.

2. Grand jury information shall be maintained in a secure area designated by the Chairman for that purpose. Except as otherwise authorized below, copying, duplicating, or removal of grand jury information is prohibited. Notes may be taken on grand jury information by anyone authorized hereunder to review said information; but any notes shall be stored in the same secure area designated for storage of grand jury information.

3. The Chairman, after discussion with the Ranking Member and the Department of Justice, shall initially recommend to the Committee any grand jury information to be presented to Committee. Such grand jury information shall be presented in executive session pursuant to the rules of the House and the Committee.

4. Prior to the commencement of any Committee presentation at which grand jury information will be heard or considered, each Committee Member will be furnished with a confidential list of the grand jury information. No Member or staff shall make the list or any part thereof public, unless authorized by a majority vote of the Committee, a quorum being present.

5. Prior to any vote making public any disposition with respect to any grand jury information presented to it, the Committee Members shall have a reasonable opportunity to examine the relevant grand jury material. No Member or staff shall make any such grand jury information public unless authorized by a majority vote of the Committee, a quorum being present.

6. With respect to Paragraphs 3-5, Committee staff may review the grand jury information as necessary to assist the Committee. Personal staff shall not have access to the grand jury information.

7. Any examination of grand jury information, other than in a Committee presentation, shall be made in a secure area designated by the Chairman. Copying, duplicating, or removal of grand jury information is prohibited.

8. Only grand jury information approved hereunder to be included in the record will be publicly reported to the House; all other grand jury information will be considered as executive session material.

9. Any Member or authorized staff may discuss grand jury information only with others so authorized to see such information; provided, however, that reasonable precautions shall be taken to have that discussion in a confidential setting.

10. Before being granted access to grand jury information, Members and authorized staff must be briefed on the handling of grand jury materials, and on these procedures.

11. The Chairman, the Ranking Member, and staff so designated, of the House Permanent Select Committee on Intelligence ("Intelligence Committee") shall, at all times, also have access to the grand jury information received by the Judiciary Committee. The Intelligence Committee Chairman shall designate five (5) staff for the majority and, in consultation with the Intelligence Committee Ranking Member, three (3) for the minority under this paragraph. Access to the grand jury materials by the Intelligence Committee Chairman, Ranking Member, and designated staff shall be subject to the same terms and conditions set forth above governing access for the Judiciary Committee Chairman, Ranking Member, and designated staff. Other Intelligence Committee Members and staff shall have access to the grand jury information in accordance with the procedures set forth above for other Judiciary Committee Members and staff.

12. The Chairman, after consultation with the Ranking Member, may issue additional procedures governing access by other Non-Committee Members, consistent with House Rule XI, clause 2(e)(2).