IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS | Misc. No. 19-_____ |

**[PROPOSED] ORDER**

Upon consideration of the Application of the Committee on the Judiciary, U.S. House of Representatives, pursuant to Local Criminal Rule 57.6, it is HEREBY:

ORDERED that the Application is GRANTED and that the following grand jury materials be released to the Committee:

1. All portions of the *Report on the Investigation Into Russian Interference In The 2016 Presidential Election* (the Mueller Report) that were redacted pursuant to Federal Rule of Criminal Procedure 6(e);

2. Any underlying transcripts or exhibits referenced in the portions of the Mueller Report that were redacted pursuant to Rule 6(e); and

3. Transcripts of any underlying grand jury testimony and any grand jury exhibits that relate directly to:

    a. President Trump's knowledge of efforts by Russia to interfere in the 2016 U.S. Presidential election;

    b. President Trump's knowledge of any direct or indirect links or contacts between individuals associated with his Presidential campaign and Russia, including

with respect to Russia's election interference efforts;

c. President Trump's knowledge of any potential criminal acts by him or any members of his administration, his campaign, his personal associates, or anyone associated with his administration or campaign; or

d. Actions taken by former White House Counsel Donald F. McGahn during the campaign, the transition, or McGahn's period of service as White House Counsel.

SO ORDERED on this __ day of __, 20__.