## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:

APPLICATION OF THE COMMITTEE ON
THE JUDICIARY, U.S. HOUSE OF
REPRESENTATIVES, FOR AN ORDER
AUTHORIZING THE RELEASE OF
CERTAIN GRAND JURY MATERIALS

Case No. 1:19-gj-00048-BAH

### CERTIFICATE OF SERVICE

Pursuant to Rule 6(e)(3)(F), I hereby certify that I caused a copy of the Application of the
Committee on the Judiciary, U.S. House of Representatives, for an Order Authorizing the
Release of Certain Grand Jury Materials; the Declaration of Perry H. Apelbaum in support of the
Application; a Proposed Order; and the Notice of Related Case Designation, to be served on the
United States Attorney's Office by hand delivery on July 26, 2019, and to the Department of
Justice and President Donald J. Trump by certified mail on July 29, 2019, to:

Jessie K. Liu
U.S. Attorney
United States Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, D.C. 20530

William P. Barr
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Donald J. Trump
President of the United States
c/o Michael Purpura, Deputy White House Counsel
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20500

Respectfully submitted,


*/s/ Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
General Counsel
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)
Douglas.Letter@mail.house.gov

*Counsel for the*
*Committee on the Judiciary of the United States*
*House of Representatives*

Dated: July 30, 2019