# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS | ) ) ) ) ) ) ) ) No. 19-gj-48 (BAH) |

## PROPOSED SCHEDULING ORDER

In accordance with the Court's minute order of July 26, 2019, the parties have conferred and jointly propose the following schedule to govern the proceedings in this matter:

**September 13, 2019** – the Department of Justice files its response to the application;

**September 30, 2019** – Petitioner files its reply.

Petitioner requests that the Court thereafter schedule oral argument. The Department of Justice believes the matter can be decided on the papers, but defers to the Court as to whether or not oral argument would be helpful.

Dated: July 31, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
(DC. Bar No. 418925)
CRISTEN C. HANDLEY
(MO Bar No. 69114)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530

Phone: (202) 514-5302
Email:  elizabeth.shapiro@usdoj.gov


*/s/ Douglas N. Letter*_____
Douglas N. Letter (D.C. Bar No. 253492)
General Counsel
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)
Douglas.Letter@mail.house.gov

*Counsel for the Committee on the Judiciary of the United States House of Representatives*