# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS | ) ) ) ) ) ) ) No. 19-gj-48 (BAH) |

## NOTICE OF APPEARANCE

Please take notice that Cristen C. Handley, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel for the Department of Justice in the above-captioned matter.

Dated: July 31, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Cristen C. Handley*
CRISTEN C. HANDLEY
(MO Bar No. 69114)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 305-2677
cristen.handley@usdoj.gov

*Counsel for Department of Justice*