UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS | Grand Jury Action No. 19-48<br><br>Chief Judge Beryl A. Howell |

## ORDER

David Andrew Christenson has moved to intervene in this action. *See* Mot. Intervene, ECF No. 7. Yet, the motion articulates no legal interest for which intervention must, or should, be granted. *Cf.* FED. R. CIV. P. 24 (a), (b) (supplying bases for intervention in civil matters, the best comparison for this action); *see also In re Brewer*, 863 F.3d 861, 872 (D.C. Cir. 2017) (listing requirements that prospective intervenors must satisfy). Beyond that, a motion for leave to intervene must establish the movant's standing under Article III. *Old Dominion Elec. Coop. v. FERC*, 892 F.3d 1223, 1232–33 (D.C. Cir. 2018). That requirement also is not met. Accordingly, it is hereby

**ORDERED** that the Motion to Intervene, ECF No. 7, is DENIED; and it is further

**ORDERED** that because the movant is not a party to these proceedings, no additional submissions from the movant will be docketed in this case.

**SO ORDERED**.

**Date**: August 2, 2019

_____
BERYL A. HOWELL
Chief Judge