UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Application of The Committee on The Judiciary,
U.S. House Of Representatives, For an Order
Authorizing the Release of Certain Grand Jury
Materials

Civ. No. 1:19-gj-00048-BAH

Chief Judge Beryl A. Howell

Motion to Reconsider

(Seventeenth Supplemental Petition for Rehearing En Banc - Notice 48)

Multiple suicides within President John F. Kennedy's and Attorney General Robert F. Kennedy's family. The latest suicide was Saoirse Kennedy Hill. She was 22 and a junior at Boston College.

Did the Kennedy's create the suicide epidemic, which is now a life choice, with their policies on Chemical Warfare Weapons? Did they create the perfect weapon? Organic, easy to disperse, dissipates in five days with the result being the opposing army committing suicide.

Were the Kennedy's assassinated because of their policies on Chemical Warfare Weapons?

New Orleans, the Chemical Warfare Industry, Senator Ted Cruz and his father, Cuban born Rafael Cruz, Lee Harvey Oswald, Carlos Marcello and his crime family, President John F. Kennedy, the suicide epidemic and the Katrina Virus are all connected through me to this point in history.

The beginning of the end started in New Orleans with the Chemical Warfare Industry and our own CIA and DOD.

Here is how strange my life is. Unbeknownst to me I worked for the Carlos Marcello crime family out of New Orleans. He was connected to the Chemical Warfare industry in New Orleans and Lee Harvey Oswald. Review his criminal history with the courts, specifically the 5th Circuit and his release from prison.

Attachment 1: Amicus (Ten) docketed with Judge John George Koeltl in the Democratic National Committee v. The Russian Federation (1:18-cv-03501-JGK) District Court, S.D. New York

You have to read the Amicus Attachment. I could not have invented it.

How could the National Enquirer break such a story?

The end of Mankind and no one cares.

Seventeenth Supplemental Petitions for Rehearing - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit.

RECEIVED
Mail Room

AUG -6 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**Notice 48 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit**

**Godspeed**

**Sincerely,**

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on August 3rd, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

# Attachment 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Movant David Andrew Christenson | Civil Action No. 1:18-cv-03501 |
| DEMOCRATIC NATIONAL COMMITTEE, | Racketeer Influenced and Corrupt Organization Act (RICO) |
| Plaintiff, | |
| v. | Judge John G. Koeltl |
| RUSSIAN FEDERATION, et al; Defendants. | |

Amicus (Ten)

Here is a crazy story about why Trump won the election. (John Does 1-10 are listed as defendants. John Does 1, 2, 3, 4, 5 and 6 are listed below.) Time, math and the Russians will ensure that the truth comes out about the Katrina Virus. Review my Amicus (Sixth) and Amicus (Seventh).

[Maxwell Kutner, a senior writer at Newsweek, contacted me and was doing a story on my quest to save Mankind. We exchanged emails and text messages. He interviewed me and we spoke several times by phone. Newsweek requested a JPEG picture. Newsweek Editors all of a sudden did not want to run the story. I find it odd that a sensational rag like Newsweek would not run the story. Maxwell Kutner has left Newsweek and disappeared. I had his phone numbers and email addresses, both personal and professional and have attempted to contact him.]

David Pecker (John Doe 1), friend and supporter of Trump for President, rich guy and owner of the National Enquirer, discovers the connection between Senator Ted Cruz's father, Cuban born Rafael Cruz, Lee Harvey Oswald, New Orleans, President Kennedy and the Katrina Virus. The National Enquirer breaks the story of the century and then does not pursue it. In exchange for silence Pecker gets his friend Trump elected. This is the response (attached) that I got from the National Enquirer after I sent out a blast of emails promoting the story that they were going to run. Why do you think they did not want the publicity? Pecker is as greedy as they come.

*David, Please don't send out a blast email saying the National Enquirer is working on the story.*
*That defeats the purpose of any investigation.*
*And more importantly, I still don't know if we going to chase the story.*
*Everything depends on the editors.*
*DOUGLAS MONTERO*
*NATIONAL CORRESPONDENT NATIONAL ENQUIRER*
*4 New York Plaza, Level 2, New York, NY 10004*
*Office 212-339-1908 | Cell 646-259-5504 | Fax 212-448-9441 | Email: dmontero@nationalenquirer.com*

Cruz drops out the race a few weeks after the story broke about his dad.

Case 1:19-gj-00048-BAH   Document 10   Filed 08/06/19   Page 4 of 8
Case 1:18-cv-03501-JGK   Document 84   Filed 06/04/18   Page 2 of 7

Attachment 1

Donald Trump wins the Presidency
Senator Ted Cruz's drops out of the race on May 3rd, 2016 and endorses Trump on September 23rd, 2016
(John Doe 4)
Senator Ted Cruz's father, Rafael B. Cruz worked in the chemical warfare labs in New Orleans and he wanted Castro assassinated.
David Pecker friend and owner of the National Enquirer
Enquirer/Douglas Montero dmontero@nationalenquirer.com
licensing@amilink.com
Judith Sheindlin – "Judge Judy" (John Doe 2)
Gerald "Jerry" Sheindlin See attached email (John Doe 3)
WORLD EXCLUSIVE! Ted Cruz's Father — Caught With JFK Assassin
Worked with Lee Harvey Oswald for Kennedy's worst enemy!
By J.R. Taylor Apr 20, 2016 @ 10:16AM
https://www.nationalenquirer.com/celebrity/ted-cruz-scandal-father-jfk-assassination/
Etienne Uzac (John Doe 5) and Johnathan Davis (John Doe 6) own Newsweek and have an interesting story. Are they Trump supporters? Strong Russian Connections and Financing.

Maxwell (Max) Kutner
http://www.maxwellkutner.com/
*Max Kutner is an award-winning journalist and frequent television and radio guest covering politics and general assignment news. Most recently, he was a senior writer at Newsweek, where he led coverage of the FBI, Department of Justice and Russia investigations.*

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on May 28th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 1

 **David Andrew Christenson <davidandrewchristenson@gmail.com>**

## this is my contact

**Montero, Douglas** <dmontero@nationalenquirer.com>  Wed, May 4, 2016 at 9:49 AM
To: "davidandrewchristenson@gmail.com" <davidandrewchristenson@gmail.com>

**Gerald "Jerry" Sheindlin** (born November 19, 1933)


DOUGLAS MONTERO
NATIONAL CORRESPONDENT

# NATIONAL ENQUIRER

4 New York Plaza, Level 2, New York, NY 10004

Office 212-339-1908 | Cell 646-259-5504 | Fax 212-448-9441
| Email: dmontero@nationalenquirer.com

# Attachment 1

Gmail - very important -- please

# M Gmail

David Andrew Christenson <davidandrewchristenson@gmail.com>

## very important -- please

**Montero, Douglas** <dmontero@nationalenquirer.com>  Wed, May 4, 2016 at 12:21 PM
To: David Andrew Christenson <davidandrewchristenson@gmail.com>

David,
Please don't send out a blast email saying the National Enquirer is working on the story.
That defeats the purpose of any investigation.
And more importantly, I still don't know if we going to chase the story.
Everything depends on the editors.

**DOUGLAS MONTERO**
NATIONAL CORRESPONDENT



4 New York Plaza, Level 2, New York, NY 10004

Office 212-339-1908 | Cell 646-259-5504 | Fax 212-448-9441
| Email: dmontero@nationalenquirer.com

**Attachment 1**

5/27/2018    Gmail - Re: Attached is the docket from the Flynn case. Compare it to the Court Listener Docket.

 Gmail    David Andrew Christenson <davidandrewchristenson@gmail.com>

## Re: Attached is the docket from the Flynn case. Compare it to the Court Listener Docket.

**Maxwell Kutner** <m.kutner@newsweek.com>                    Thu, Apr 5, 2018 at 3:41 PM
To: David Andrew Christenson <davidandrewchristenson@gmail.com>

Received. Dave, I appreciated your taking the time to speak with me the other day and send me these follow-ups, but my editors said we need to hold off on doing a story unless a judge allows one of your motions to move forward. I pushed back on their decision, to no avail. I'm sorry about that and I'll let you know if things change. So, no story for now.

Thank you,
Max

On Thu, Apr 5, 2018 at 8:29 AM, David Andrew Christenson <davidandrewchristenson@gmail.com> wrote:
> I send the same info and pleadings to every judge. Each pleading is titled for that case. Why is Judge Sullivan putting in the narratives but not my name? Why is he the only judge? Why is Judge Jackson docketing some of my pleadings and using my name? Read the last narrative by Judge Jackson about me in the Van De Zwaan case. Why was it so important to use my name twice?
>
> Are these two judges trying to help me?
>
> Are you really going to help me save Mankind.
>
> Dave

--

**Max Kutner** *Senior Writer*

Direct: +1 (646) 867 7123    |    Fax: +1 (646) 224 8146

**Newsweek**

7 Hanover Square  FL 5. New York, NY 10004

www.newsweek.com

Case 1:19-gj-00048-BAH   Document 10   Filed 08/06/19   Page 8 of 8
Case 1:18-cv-03501-JGK   Document 84   Filed 06/04/18   Page 6 of 7
5/27/2018                                                        Gmail - Delivery Status Notification (Failure)

**Attachment 1**

## M Gmail

David Andrew Christenson <davidandrewchristenson@gmail.com>

---

### Delivery Status Notification (Failure)

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>          Wed, May 16, 2018 at 8:13 AM
To: davidandrewchristenson@gmail.com

### Address not found

Your message wasn't delivered to **m.kutner@newsweek.com** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
The email account that you tried to reach is disabled. Learn more at https://support.google.com/mail/?p=DisabledUser t17-v6sor2138197uab.243 - gsmtp
```

Final-Recipient: rfc822; m.kutner@newsweek.com
Action: failed
Status: 5.0.0
Diagnostic-Code: smtp; The email account that you tried to reach is disabled. Learn more at https://support.google.com/mail/?p=DisabledUser t17-v6sor2138197uab.243 - gsmtp
Last-Attempt-Date: Wed, 16 May 2018 06:13:33 -0700 (PDT)

---------- Forwarded message ----------
From: David Andrew Christenson <davidandrewchristenson@gmail.com>
To: Supreme Court <supremecourt@protonmail.com>, Maxwell Kutner <m.kutner@newsweek.com>
Cc: "maxwellkutner@gmail.com" <maxwellkutner@gmail.com>
Bcc:
Date: Wed, 16 May 2018 08:13:32 -0500
Subject: Re: Fw: Corrections to your article about Movant David Andrew Christenson and the Democratic National Committee. You should be reviewing his BP Oil Spill Appeal at the 5th Circuit.
Did you leave Newsweek?

On Wed, May 16, 2018 at 8:00 AM, Supreme Court <supremecourt@protonmail.com> wrote:
> The Boucher case that Christenson talks about is the assault case against Senator Rand Paul by his neighbor.
> Christenson wanted to join and file a cross complaint against the Democratic National Committee.
> You really should read all of his pleadings.
> One last thing. There is a hearing on July 5th, 2018. What Federal Judge has a hearing the day after the 4th of July?
> You are talking about 100 plus attorneys having to cancel their 4th of July vacations. The court house would have been empty that week.