APPEAL

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:19−gj−00048−BAH

| | |
|---|---|
| APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS<br>Assigned to: Chief Judge Beryl A. Howell<br> Cases:  1:19−mc−00045−BAH<br>         1:19−cv−02379−BAH | Date Filed: 07/26/2019 |

**In Re**

**APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS**

**Petitioner**

| | | |
|---|---|---|
| **COMMITTEE ON THE JUDICIARY** | represented by | **Douglas N. Letter**<br>U.S. HOUSE OF REPRESENTATIVES<br>Office of General Counsel<br>219 Cannon House Office Building<br>Washington, DC 20515<br>(202) 225−9700<br>Email: douglas.letter@mail.house.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **U.S. HOUSE OF REPRESENTATIVES** | represented by | **Douglas N. Letter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Interested Party**

| | | |
|---|---|---|
| **U.S. DEPARTMENT OF JUSTICE** | represented by | **Elizabeth J. Shapiro**<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20530<br>(202) 514−5302 |

Fax: (202) 616-8470
Email: Elizabeth.Shapiro@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202-305-2677
Email: Cristen.Handley@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Movant**

DAVID ANDREW CHRISTENSON         represented by   DAVID ANDREW CHRISTENSON
*TERMINATED: 08/02/2019*                          P.O. Box 9063
                                                  Miramar Beach, FL 32550
                                                  PRO SE

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/26/2019 | 1 | | APPLICATION FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS by COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES (Attachments: # 1 Declaration of Perry H. Apelbaum, # 2 Exhibit A -- July 11 Hearing Memorandum, # 3 Exhibit B -- 2.22.19 Letter to AG Barr from Chairman Nadler + 5 Chairs to AG Barr, # 4 Exhibit C -- 3.25.19 Letter to AG Barr from Nadler + 5 Chairs.pdf, # 5 Exhibit D -- 4.1.19 Letter to AG Barr from Chairman Nadler, # 6 Exhibit 3.27.19 Letter to AG Barr et al. from Chairman Schiff & Ranking Member Nunes.pdf, # 7 Exhibit F -- 4.25.19 Letter to AG Barr et al. from Chairman Schiff & Ranking Member Nunes, # 8 Exhibit G -- 4.19.19 Subpoena to AG Barr, # 9 Exhibit H -- 4.22.19 Subpoena to Don McGahn, # 10 Exhibit I -- 5.20.19 Letter to Chairman Nadler from Cipollone, # 11 Exhibit J -- 6.18.19 Letter to Chairman Nadler from Cipollone, # 12 Exhibit K --5.1.19 Letter to Chairman Nadler from AAG Boyd, # 13 Exhibit L -- 5.3.19 Letter to AG Barr from Chairman Nadler, # 14 Exhibit M -- 5.7.19 Letter to Chairman Nadler from AAG Boyd, # 15 Exhibit N -- 5.8.19 Letter to AG Barr from Chairman Schiff, # 16 Exhibit O -- 5.24.19 Letter to AG Barr from Chairman Nadler, # 17 Exhibit P -- DOJ Filing in Haldeman, # 18 Exhibit Q -- In re Madison Guarantee Order, # 19 Exhibit R -- 4.11.19 Letter to AG Barr from Chairman Nadler, # 20 Exhibit S -- 5.6.19 Letter to Chairman Nadler from AAG Boyd, # 21 Exhibit T -- July 12 Hearing Transcript (excerpt), # 22 Exhibit U -- June 19 Hearing Memorandum, # 23 Exhibit V -- Judiciary July 24 Hearing Transcript (excerpt), # 24 Exhibit W -- HPSCI July 24 Hearing Transcript, # 25 Exhibit X -- Procedures for Handling Grand Jury Information, # 26 Exhibit Y-- Rodino Letter, # 27 Text of Proposed Order)(zrdj) (Entered: 07/26/2019) |
| 07/26/2019 | 2 | | NOTICE OF RELATED CASE by COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES. Case related to Case No. 19mc45. (zrdj) |

| | | | |
|---|---|---|---|
| | | | Modified on 7/26/2019 to correct related case number (zrdj). (Entered: 07/26/2019) |
| 07/26/2019 | | | MINUTE ORDER (paperless) DIRECTING the Committee on the Judiciary to confer with the appropriate office within the Department of Justice, in light of the conclusion of Robert S. Mueller III's appointment as Special Counsel for the Department of Justice, and file jointly, by July 31, 2019, a proposed scheduling order to control further proceedings. Signed by Chief Judge Beryl A. Howell on July 26, 2019. (lcbah1) Modified on 7/26/2019 (tg). (Entered: 07/26/2019) |
| 07/26/2019 | | | Set/Reset Deadlines: Joint proposed scheduling order due by 7/31/2019. (tg) (Entered: 07/26/2019) |
| 07/30/2019 | 3 | | CERTIFICATE OF SERVICE by COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES . (Letter, Douglas) (Entered: 07/30/2019) |
| 07/31/2019 | 4 | | NOTICE of Appearance by Elizabeth J. Shapiro on behalf of U.S. DEPARTMENT OF JUSTICE (Shapiro, Elizabeth) (Entered: 07/31/2019) |
| 07/31/2019 | 5 | | PROPOSED BRIEFING SCHEDULE *(joint)* by U.S. DEPARTMENT OF JUSTICE. (Shapiro, Elizabeth) (Entered: 07/31/2019) |
| 07/31/2019 | 6 | | NOTICE of Appearance by Cristen Cori Handley on behalf of U.S. DEPARTMENT OF JUSTICE (Handley, Cristen) (Entered: 07/31/2019) |
| 07/31/2019 | | | MINUTE ORDER (paperless) ISSUING, upon consideration of the 5 Proposed Scheduling Order, the following SCHEDULING ORDER: (1) by September 13, 2019, the Department of Justice shall file its response to the Application; (2) by September 30, 2019, the Committee on the Judiciary shall file its reply. Signed by Chief Judge Beryl A. Howell on July 31, 2019. (lcbah1) (Entered: 07/31/2019) |
| 07/31/2019 | | | Set/Reset Deadlines: Department of Justice's response to the Application due by 9/13/2019; the Committee on the Judiciary's reply due by 9/30/2019. (tg) (Entered: 07/31/2019) |
| 07/31/2019 | 7 | | MOTION to Intervene by DAVID ANDREW CHRISTENSON "Leave to file GRANTED", Signed by Chief Judge Beryl A. Howell on July 31, 2019. (zrdj) (Entered: 08/01/2019) |
| 08/02/2019 | 8 | 15 | ORDER DENYING the 7 Motion to Intervene. See Order for further details. Signed by Chief Judge Beryl A. Howell on August 2, 2019. (lcbah1) (Entered: 08/02/2019) |
| 08/06/2019 | 9 | | LEAVE TO FILE DENIED– DAVID ANDREW CHRISTENSON : Supplemental Motion to Intervene This document is unavailable as the Court denied its filing. " Leave to file DENIED for reasons stated in August 2, 2019 order ECF No. 8 ." Signed by Chief Judge Beryl A. Howell on 8/6/2019. (zrdj) (Entered: 08/07/2019) |
| 08/06/2019 | 10 | | MOTION for Reconsideration re 8 Order on Motion to Intervene by DAVID ANDREW CHRISTENSON (zrdj) (Entered: 08/08/2019) |
| 08/06/2019 | 11 | 4 | NOTICE OF APPEAL as to 8 Order on Motion to Intervene by DAVID ANDREW CHRISTENSON. Fee Status: No Fee Paid. Parties have been notified. (zrdj) (Entered: 08/08/2019) |

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Civ. No. 1:19-gj-00048-BAH

Application of The Committee on The Judiciary,
U.S. House Of Representatives, For an Order
Authorizing the Release of Certain Grand Jury
Materials

Chief Judge Beryl A. Howell

Notice of Appeal

Attachment 1: Supplemental Motion to Intervene and Join

Notice 47 – The attached Notice of Appeal was filed in: Unknown Case Title (1:19-gj-00048) District Court, District of Columbia - Filed in Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit.

Sixteenth Supplemental Petition for Rehearing En Banc - Notice 47 – The attached Notice of Appeal was filed in: Unknown Case Title (1:19-gj-00048) District Court, District of Columbia - Filed in Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit.

Reference the extensive docket created by David Andrew Christenson with the DC Circuit Court of Appeals in the following four Appeals:

Electronic Privacy Information v. DOJ (19-5121) Court of Appeals for the D.C. Circuit

Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit

United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit

Judicial Watch, Inc. v. DOJ (19-5091) Court of Appeals for the D.C. Circuit

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: **Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings**.
Nixon v. Warner Communications: **The courts recognize the public's right to inspect and copy judicial records.**
Washington Post v. Robinson: **The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.**
Leucadia v. Applied Extrusions Technologies: **Access**
Belo Broadcasting v. Clark: **Access**
Globe Newspaper v. Superior: **The right of the public to monitor the government by having access**.
Richmond Newspaper v. Virginia: **Without publicity, all other checks are insufficient**.

RECEIVED
Mail Room

AUG - 6 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Valley Broadcasting v. United States District Court: **Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public.**
Landmark Communications v. Virginia: **To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.**
Cox Broadcasting v. Cohn: **My pleadings will guarantee a fair trial.**
Pansy v. Stroudsburg: **Third parties have a right to intervene.**
In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carolllo and Ford Motor Bronco II MDL

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on August 3rd, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 1

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Civ. No. 1:19-gj-00048-BAH

Application Of The Committee On The Judiciary,
U.S. House Of Representatives, For An Order
Authorizing The Release of Certain Grand Jury
Materials

Chief Judge Beryl A. Howell

Supplemental Motion to Intervene and Join

Standing, Cause and Constitutional Authority are granted to me because of my communications with the Grand Juries. All of my communications to the Grand Juries were copied, via pleadings, in multiple cases that had been brought by the Special Counsel to the Courts in the District of Columbia and District of Eastern Virginia. Copies/Service was also provided to Special Counsel Robert Mueller.

What is the purpose of the Grand Jury? Who can provide information to the Grand Jury? Did the Court or Clerk censor my information and me?

The Grand Jury had the Constitutional Right to know about Special Counsel/FBI Director Robert Mueller's criminal activities.

| | | |
|---|---|---|
| Letter/Package 1 | Dated January 16th, 2018 | 91 pages |
| Letter/Package 2 | Dated January 25th, 2018 | 14 pages |
| Letter/Package 3 | Dated January 28th, 2018 | 71 pages |
| Letter/Package 4 | Dated January 29th, 2018 | 2 pages |
| Letter/Package 5 | Dated January 30th, 2018 | 4 pages |

The Constitution, First Amendment, last sentence of the First Amendment ("and to petition the government for a redress of grievances."), Federal Law, Federal Case Law, Precedent, etc. grant me to the right to file this pleading and to **have it entered into the public court record**.

Fifteenth Supplemental Petitions for Rehearing - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit.

Notice 46 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit

Reference the extensive docket created by David Andrew Christenson with the DC Circuit Court of Appeals in the following four Appeals:

Electronic Privacy Information v. DOJ (19-5121) Court of Appeals for the D.C. Circuit

Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit

# Attachment 1

United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit

Judicial Watch, Inc. v. DOJ (19-5091) Court of Appeals for the D.C. Circuit

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: **Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings**.
Nixon v. Warner Communications: **The courts recognize the public's right to inspect and copy judicial records.**
Washington Post v. Robinson: **The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.**
Leucadia v. Applied Extrusions Technologies: **Access**
Belo Broadcasting v. Clark: **Access**
Globe Newspaper v. Superior: **The right of the public to monitor the government by having access**.
Richmond Newspaper v. Virginia: **Without publicity, all other checks are insufficient**.
Valley Broadcasting v. United States District Court: **Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public.**
Landmark Communications v. Virginia: **To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.**
Cox Broadcasting v. Cohn: **My pleadings will guarantee a fair trial**.
Pansy v. Stroudsburg: **Third parties have a right to intervene.**
In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carolllo and Ford Motor Bronco II MDL

Godspeed

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on July 31st, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 1

(Special) Grand Jury being used by Special Counsel Robert Mueller          January 16th, 2018
United States District Court for the District of Columbia
United States District Court for the Eastern District of Virginia

Jury Members,

The evidence, Genocide, of criminal conduct by Special Counsel Robert Mueller and his team of prosecutors that you are about to review is unbelievable and yet it is factual, documented and verifiable. You are Mankind's last hope.

The Federal Judiciary, including the Supreme Court, are active participants in the criminal enterprise that will result in the Genocide of Mankind.

My name is David Andrew Christenson (Federal Whistleblower and Military Officer) and I have filed, in accordance with the Constitution and specifically the last sentence of the First Amendment, "and to petition the Government for a redress of grievances" multiple Motions to Intervene in this court as well as other courts on behalf of the American People and that includes you and your family.

Mankind will cease to exist by October 12th, 2050. This is not a prophecy or prediction but a mathematical certainty.

Special Counsel Robert Mueller currently has three criminal cases filed and has one civil case filed against him. The court refuses to publicly docket my Motions and more importantly they have refused to publicly docket my Notices of Appeal. I am fighting to save my country and Mankind and the court has censored me. The Constitution, Federal Law and precedent grant me the right to publicly file such Motions, Notices and Grievances.

Please review the docket for each of the cases.

The prosecutors that are presenting evidence to you are some of the evilest people on this planet. They make Hitler look like a Saint. Your loved ones will pay the ultimate price for the cover up that is taking place. I beg you to save your family, your country and Mankind.

Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

# Attachment 1

(Special) Grand Jury being used by Special Counsel Robert Mueller        January 25th, 2018
United States District Court for the District of Columbia
United States District Court for the Eastern District of Virginia

Jury Members,

Please don't judge me. I have no money. I own nothing and have nothing. There is no school or book about how to do what I am doing. I have no God, no country, no family and no friends. Everyone and I mean everyone that had an ethical, moral and legal responsibility to help me not only turned their backs on me but they intentionally harmed me. Your government has made sure that I don't have the resources to fight. Every attorney that tried to help was threatened by the DOJ and then quit. Google and YouTube stood by me for a while but the pressure from Robert Mueller became to great. If I was wrong why did they falsely arrest me and place me insolation for 11 days where they medicated me against my will and yet I was never charged with a crime. I had an FBI Agent put a gun to my head with the safety off and the hammer pulled back. He told me he could and would kill me if I didn't stop and that he would get away with it. I knew he was telling the truth. When I asked if Mueller knew he laughed and stated that it was Mueller that gave the order.

Please review the attached docket which is 11 pages long. The clerk will provide you access to all of the pleadings. The most important notes are as follows:
The judge in the case refuse to publicly docket my pleadings at the District level. This was a class action complaint filed on behalf of all Americans and that includes you and me. I had standing and cause because I was directly harmed. Notice that the DOJ never filed a response. Notice that the DOJ never filed a response even when ordered to on multiple occasions. The court represented the DOJ and refused to hold them accountable. Notice that the original complaint was filed by Larry Klayman and was politically motivated. My motions were filed to help all Americans.

The court dismissed the appeal as being frivolous. If it was so frivolous why did they allow me to file hundreds of pages of documents over a seven-month period. Why did they not demand a response from the DOJ, even after ordering them to respond, when it is required by law.

The result is the Genocide of Mankind. Math and time are on my side and the truth will come out. The problem is people are immune to such things and will not do anything to correct the Genocide.

Help me to help you save Mankind. Your government has convinced you to run to the cliff and jump and you are doing just that. You make the decision after reading what I filed. The courts will no longer allow me to be heard and they have censored me.

Read the Declaration of Independence and the Constitution and remember that our country was founded by Terrorists. We call them heroes because they prevailed. The Declaration of Independence talks about tearing our government down and starting over when it no longer serves the needs of the people. That time is now. Thomas Jefferson said: "Tyranny is when the people fear the government and liberty is when the government fears the people."

# Attachment 1

The first page is the results of this week's influenza and pneumonia mortality surveillance results from the CDC.
https://www.cdc.gov/flu/weekly/index.htm
The results are for the week ending January 6th, 2018. Remember that it is the CDC that sets the rate for what we call an epidemic. Influenza and pneumonia, Alzheimer's, suicide, murder(s)-suicide will be the top three causes of death in the near future and all are tied to the destruction of our immune system.

**America is 26% above the epidemic level that is set by your government through the CDC. According to International Standards we are at Pandemic levels.**

## Pneumonia and Influenza (P&I) Mortality Surveillance:

Based on National Center for Health Statistics (NCHS) mortality surveillance data available on January 25, 2018, 9.1% of the deaths occurring during the week ending January 6, 2018 (week 1) were due to P&I. This percentage is above the epidemic threshold of 7.2% for week 1.

Background: Weekly mortality surveillance data include a combination of machine coded and manually coded causes of death collected from death certificates. Percentages of deaths due to P&I are higher among manually coded records than more rapidly available machine coded records. Due to the additional time needed for manual coding, the initially reported P&I percentages may be lower than percentages calculated from final data. Previous longer backlogs in manual coding have been resolved and death records are now coded within 10 days from receipt of a death record by NCHS.

Region and state-specific data are available at http://gis.cdc.gov/grasp/fluview/mortality.html.

Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

# Attachment 1

(Special) Grand Jury being used by Special Counsel Robert Mueller    January 28th, 2018
United States District Court for the District of Columbia
United States District Court for the Eastern District of Virginia

Jury Members,

After reviewing the documented, factual and verifiable evidence you will indict the President, Vice President, all of Congress and all of the Federal Judiciary. Their crimes will be Genocide, Crimes Against Humanity, Murder, Treasons, Sabotage, etc. We are talking the end of Mankind.

The Secret Grand Jury transcript that I received was forwarded by me to the Supreme Court. I received the transcript from US Attorney Billy Gibbens. Compare my notes with the transcript. As with you the guy testifying did not even know what he had seen.

My Motion to Reopen the BP Settlement has been docketed in multiple Federal Courts. Every Judge in the United States knows about it. My appeal, believe it or not, is still pending. I attached the docket. You can review every pleading.

I have also included one of my pleadings from the BP Oil Spill that incriminates the Supreme Court. Case: 16-30918 Document: 00513737661 Page: 1 Date Filed: 10/27/2016

I have also included 19 pages of articles, from main stream media such as the **New York Times**, that confirm the end of Mankind.


Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

# Attachment 1

(Special) Grand Jury being used by Special Counsel Robert Mueller          January 29th, 2018
United States District Court for the District of Columbia
United States District Court for the Eastern District of Virginia

Jury Members,

Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@gmail.com, dchristenson6@hotmail.com

*Here is further proof that we nearing the end of Mankind's existence. We have a vaccination for everything. We have become bubble people. We vaccinate the hell out of our military and the result is suicide(s) and murder(s)-suicide(s). This is Federal Desensitizing Propaganda. Once a story like this comes out it is not long before we have an epidemic. People become immune to stories like this.*

*I was part of the clinical trials for the vaccination as was the entire United States Air Force Academy Cadet Wing (over 4000 cadets.) The vaccination took place in the fall of 1980 at the Air Force Academy. The results were so severe that they had to shut down the Academy and quarantined the Cadet Wing for three days. Ambulances were continually running to the hospital with sick cadets. We are talking about 18-24 young men and women who are in excellent physical shape and have very strong immune systems. An infectious doctor told me that if they gave that vaccine to the general population that 80% of them would have died.*

There's another bad virus going around that is not the flu
https://www.msn.com/en-us/news/us/theres-another-bad-virus-going-around-that-is-not-the-flu/ar-BBIlt7b?li=BBmkt5R&ocid=spartandhp
It looks like flu. It feels like flu. It even puts patients into the hospital like flu can.
There's another virus out there that could be adding to the seasonal misery, but it's not being identified. The virus is called adenovirus, and it can cause very severe flu-like symptoms. <u>It's so risky that the U.S. military vaccinates recruits against two major strains.</u>
But most people are not vaccinated against adenovirus, and doctor's offices don't test for it. Adriana Kajon, Ph.D, wants that to change.
"Unless you look for it or you suspect it's circulating or you are using diagnostic testing capabilities that can tell it apart, you are going to miss it, especially during flu season," said Kajon, an infectious disease specialist at the Lovelace Respiratory Research Institute in Albuquerque.
"We are seeing severe adult infections," Kajon told NBC News.
"That's a big deal, especially for a disease that by all means is vaccine preventable. <u>But this vaccine is not licensed to be used in civilians."</u>
Adenovirus infections often look like the common cold, or influenza. They cause fever, headache, body aches and sometimes but not always cough, stomach distress and breathing problems. Some strains cause eye infections. There are 52 different strains.

# Attachment 1

Kajon and colleagues collected details of adenovirus infections between 2011 and 2015 at colleges, in nursing homes and elsewhere.

"On the basis of the severity of the clinical presentation of some cases in this study, the (adenovirus) vaccine currently licensed for military use should be considered a potentially valuable resource to prevent disease in susceptible populations living in closed communities, such as college settings, summer camps, and long-term care facilities," they wrote in a report published this week in the journal Emerging Infectious Diseases.

An outbreak of adenovirus killed 10 people in 2007. Kajon's team tested college students at one campus during the severe 2014-2015 influenza epidemic and found 13 out of 168 students who came in for flu treatment had adenovirus infections.

Most patients may not suffer much, but the virus can cause very severe complications. Kajon and colleagues described the case of a 43-year-old Rochester, New York woman, previously healthy, who became infected in 2012 and quickly developed pneumonia and respiratory failure. During her hospital stay she suffered brain swelling and bleeding and stayed on a ventilator for more than amonth.

A year later, she was still out of breath if she exerted herself.

There was also the case of a 26-year-old Connecticut man infected in 2011 who had nausea, vomiting and chills. He spent days in the hospital with adenovirus infection.

There have been outbreaks in long-term care faciltiies, also. But most clinics don't test for adenovirus unless people are hospitalized with severe illness that isn't helped by immediate treatment, Kajon said.

"These reports are probably the tip of the iceberg. We need more surveillance," she said.

The Centers for Disease Control and Prevention keeps a log of reported cases of adenovirus.

"Outbreaks are more common in late winter, spring, and early summer but can occur throughout the year," the CDC said.

There were so many outbreaks among new military recruits that the Department of Defense vaccinates personnel against two of the more serious strains with an oral vaccine. Vaccination was stopped for a few years in 1999 and outbreaks soared again, but there haven't been many since the vaccine was re-introduced in 2011, the CDC said.

Kajon believes it should be more widely available,

"This is a vaccine-preventable disease," she said. "A life is a life. Losing a loved one to viral pneumonia when you know it could have been prevented is hard."

In the U.S., however, that requires catching the interest of a company that might want to develop such a vaccine commercially. "Unfortunately, it all comes down to the perception of having a market," Kajon said.

Adenovirus is not the killer that influenza is. Influenza kills between 12,000 and 50,000 people a year in the United States alone, and puts up to 700,000 in the hospital. A cocktail of other viruses, from coronaviruses to rhinoviruses, also cause seasonal misery.

But Kajon said her studies show adenoviruse can be a significant part of the mix.

As with many viruses, there's not a good treatment for adenovirus, although the antiviral cidofovir has helped some people with severe infections.

And adenoviruses are very hard to kill. Reports indicate they can survive on plastic and metal surfaces— think countertops and hospital tables— for a month. Some formulations of alcohol and chlorhexidine do not kill them easily, tests have shown, although chlorine does.

# Attachment 1

(Special) Grand Jury being used by Special Counsel Robert Mueller    January 30th, 2018
United States District Court for the District of Columbia
United States District Court for the Eastern District of Virginia

Jury Members,

Please review and save Mankind.




Godspeed.
Sincerely,



David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@gmail.com, dchristenson6@hotmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS | Grand Jury Action No. 19-48<br><br>Chief Judge Beryl A. Howell |

**ORDER**

David Andrew Christenson has moved to intervene in this action. *See* Mot. Intervene, ECF No. 7. Yet, the motion articulates no legal interest for which intervention must, or should, be granted. *Cf.* FED. R. CIV. P. 24 (a), (b) (supplying bases for intervention in civil matters, the best comparison for this action); *see also In re Brewer*, 863 F.3d 861, 872 (D.C. Cir. 2017) (listing requirements that prospective intervenors must satisfy). Beyond that, a motion for leave to intervene must establish the movant's standing under Article III. *Old Dominion Elec. Coop. v. FERC*, 892 F.3d 1223, 1232–33 (D.C. Cir. 2018). That requirement also is not met. Accordingly, it is hereby

**ORDERED** that the Motion to Intervene, ECF No. 7, is DENIED; and it is further

**ORDERED** that because the movant is not a party to these proceedings, no additional submissions from the movant will be docketed in this case.

**SO ORDERED**.

**Date**: August 2, 2019

_____
BERYL A. HOWELL
Chief Judge