APPEAL

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:19−gj−00048−BAH

APPLICATION OF THE COMMITTEE ON THE
JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR
AN ORDER AUTHORIZING THE RELEASE OF CERTAIN
GRAND JURY MATERIALS
Assigned to: Chief Judge Beryl A. Howell
 Cases:  1:19−mc−00045−BAH
        1:19−cv−02379−BAH

Date Filed: 07/26/2019

**In Re**

**APPLICATION OF THE
COMMITTEE ON THE JUDICIARY,
U.S. HOUSE OF
REPRESENTATIVES, FOR AN
ORDER AUTHORIZING THE
RELEASE OF CERTAIN GRAND
JURY MATERIALS**

**Petitioner**

| | | |
|---|---|---|
| **COMMITTEE ON THE JUDICIARY** | represented by | **Douglas N. Letter**<br>U.S. HOUSE OF REPRESENTATIVES<br>Office of General Counsel<br>219 Cannon House Office Building<br>Washington, DC 20515<br>(202) 225−9700<br>Email: douglas.letter@mail.house.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **U.S. HOUSE OF REPRESENTATIVES** | represented by | **Douglas N. Letter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Interested Party**

| | | |
|---|---|---|
| **U.S. DEPARTMENT OF JUSTICE** | represented by | **Elizabeth J. Shapiro**<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20530<br>(202) 514−5302 |

Fax: (202) 616−8470
Email: Elizabeth.Shapiro@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202−305−2677
Email: Cristen.Handley@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Movant**

| | | | |
|---|---|---|---|
| DAVID ANDREW CHRISTENSON<br>*TERMINATED: 08/02/2019* | | represented by | **DAVID ANDREW CHRISTENSON**<br>P.O. Box 9063<br>Miramar Beach, FL 32550<br>PRO SE |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/26/2019 | 1 | | APPLICATION FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS by COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES (Attachments: # 1 Declaration of Perry H. Apelbaum, # 2 Exhibit A — July 11 Hearing Memorandum, # 3 Exhibit B — 2.22.19 Letter to AG Barr from Chairman Nadler + 5 Chairs to AG Barr, # 4 Exhibit C — 3.25.19 Letter to AG Barr from Nadler + 5 Chairs.pdf, # 5 Exhibit D — 4.1.19 Letter to AG Barr from Chairman Nadler, # 6 Exhibit 3.27.19 Letter to AG Barr et al. from Chairman Schiff & Ranking Member Nunes.pdf, # 7 Exhibit F — 4.25.19 Letter to AG Barr et al. from Chairman Schiff & Ranking Member Nunes, # 8 Exhibit G — 4.19.19 Subpoena to AG Barr, # 9 Exhibit H — 4.22.19 Subpoena to Don McGahn, # 10 Exhibit I — 5.20.19 Letter to Chairman Nadler from Cipollone, # 11 Exhibit J — 6.18.19 Letter to Chairman Nadler from Cipollone, # 12 Exhibit K —5.1.19 Letter to Chairman Nadler from AAG Boyd, # 13 Exhibit L — 5.3.19 Letter to AG Barr from Chairman Nadler, # 14 Exhibit M — 5.7.19 Letter to Chairman Nadler from AAG Boyd, # 15 Exhibit N — 5.8.19 Letter to AG Barr from Chairman Schiff, # 16 Exhibit O — 5.24.19 Letter to AG Barr from Chairman Nadler, # 17 Exhibit P — DOJ Filing in Haldeman, # 18 Exhibit Q — In re Madison Guarantee Order, # 19 Exhibit R — 4.11.19 Letter to AG Barr from Chairman Nadler, # 20 Exhibit S — 5.6.19 Letter to Chairman Nadler from AAG Boyd, # 21 Exhibit T — July 12 Hearing Transcript (excerpt), # 22 Exhibit U — June 19 Hearing Memorandum, # 23 Exhibit V — Judiciary July 24 Hearing Transcript (excerpt), # 24 Exhibit W — HPSCI July 24 Hearing Transcript, # 25 Exhibit X — Procedures for Handling Grand Jury Information, # 26 Exhibit Y— Rodino Letter, # 27 Text of Proposed Order)(zrdj) (Entered: 07/26/2019) |
| 07/26/2019 | 2 | | NOTICE OF RELATED CASE by COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES. Case related to Case No. 19mc45. (zrdj) |

| | | | |
|---|---|---|---|
| | | | Modified on 7/26/2019 to correct related case number (zrdj). (Entered: 07/26/2019) |
| 07/26/2019 | | | MINUTE ORDER (paperless) DIRECTING the Committee on the Judiciary to confer with the appropriate office within the Department of Justice, in light of the conclusion of Robert S. Mueller III's appointment as Special Counsel for the Department of Justice, and file jointly, by July 31, 2019, a proposed scheduling order to control further proceedings. Signed by Chief Judge Beryl A. Howell on July 26, 2019. (lcbah1) Modified on 7/26/2019 (tg). (Entered: 07/26/2019) |
| 07/26/2019 | | | Set/Reset Deadlines: Joint proposed scheduling order due by 7/31/2019. (tg) (Entered: 07/26/2019) |
| 07/30/2019 | 3 | | CERTIFICATE OF SERVICE by COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES . (Letter, Douglas) (Entered: 07/30/2019) |
| 07/31/2019 | 4 | | NOTICE of Appearance by Elizabeth J. Shapiro on behalf of U.S. DEPARTMENT OF JUSTICE (Shapiro, Elizabeth) (Entered: 07/31/2019) |
| 07/31/2019 | 5 | | PROPOSED BRIEFING SCHEDULE *(joint)* by U.S. DEPARTMENT OF JUSTICE. (Shapiro, Elizabeth) (Entered: 07/31/2019) |
| 07/31/2019 | 6 | | NOTICE of Appearance by Cristen Cori Handley on behalf of U.S. DEPARTMENT OF JUSTICE (Handley, Cristen) (Entered: 07/31/2019) |
| 07/31/2019 | | | MINUTE ORDER (paperless) ISSUING, upon consideration of the 5 Proposed Scheduling Order, the following SCHEDULING ORDER: (1) by September 13, 2019, the Department of Justice shall file its response to the Application; (2) by September 30, 2019, the Committee on the Judiciary shall file its reply. Signed by Chief Judge Beryl A. Howell on July 31, 2019. (lcbah1) (Entered: 07/31/2019) |
| 07/31/2019 | | | Set/Reset Deadlines: Department of Justice's response to the Application due by 9/13/2019; the Committee on the Judiciary's reply due by 9/30/2019. (tg) (Entered: 07/31/2019) |
| 07/31/2019 | 7 | | MOTION to Intervene by DAVID ANDREW CHRISTENSON "Leave to file GRANTED", Signed by Chief Judge Beryl A. Howell on July 31, 2019. (zrdj) (Entered: 08/01/2019) |
| 08/02/2019 | 8 | | ORDER DENYING the 7 Motion to Intervene. See Order for further details. Signed by Chief Judge Beryl A. Howell on August 2, 2019. (lcbah1) (Entered: 08/02/2019) |
| 08/06/2019 | 9 | | LEAVE TO FILE DENIED− DAVID ANDREW CHRISTENSON : Supplemental Motion to Intervene This document is unavailable as the Court denied its filing. " Leave to file DENIED for reasons stated in August 2, 2019 order ECF No. 8 ." Signed by Chief Judge Beryl A. Howell on 8/6/2019. (zrdj) (Entered: 08/07/2019) |
| 08/06/2019 | 10 | | MOTION for Reconsideration re 8 Order on Motion to Intervene by DAVID ANDREW CHRISTENSON (zrdj) (Entered: 08/08/2019) |
| 08/06/2019 | 11 | | NOTICE OF APPEAL as to 8 Order on Motion to Intervene by DAVID ANDREW CHRISTENSON. Fee Status: No Fee Paid. Parties have been notified. (zrdj) (Entered: 08/08/2019) |

| 08/08/2019 | 12 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court re 11 Notice of Appeal. (zrdj) (Entered: 08/08/2019) |
| 08/08/2019 | | 5 | MINUTE ORDER (paperless) DENYING the 10 Motion to Reconsider, which does not provide any basis under Federal Rule of Civil Procedure 60(b) for granting relief from the 8 Order denying the 7 Motion to Intervene. Signed by Chief Judge Beryl A. Howell on August 8, 2019. (lcbah1) (Entered: 08/08/2019) |