THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| APPLICATION OF THE COMMITTEE ) | Civil Action No. 1:19-gj-00048 BAH |
| ON THE JUDICIARY, U.S. HOUSE OF ) | |
| REPRESENTATIVES, FOR AN ORDER ) | |
| AUTHORIZING THE RELEASE OF ) | |
| CERTAIN GRAND JURY MATERIALS ) | |

**DEPARTMENT OF JUSTICE'S UNOPPOSED MOTION TO SUBMIT AN *IN CAMERA*, *EX PARTE* DECLARATION IN SUPPORT OF ITS FORTHCOMING RESPONSE**

The Department of Justice hereby requests leave to submit to the Court an *in camera*, *ex parte* declaration in support of its forthcoming response to the Petitioner's application for the disclosure of certain grand jury information. The Department's response is due September 13, 2019. In support of this motion, the Department states as follows:

1. As set forth in the Committee's application and the governing case law, a petitioner seeking access to grand jury information under Criminal Rule 6(e)(3)(E)(i) must establish a "particularized need" for the requested materials. *See Douglas Oil Co. of Cal. v. Petrol Stops Northwest*, 441 U.S. 211, 222 (1979). The Department intends to provide the Court with factual information to assist it in evaluating particularized need. The content will itself contain information subject to Rule 6(e), and therefore cannot be shared with the Committee or placed on the public record.

2. Assuming the Court grants this motion, the Department intends to append to its responsive filing a redacted version of the document, in which only the information

subject to grand jury secrecy will be removed.  With that commitment, counsel for the

Committee have indicated that it consents to this motion.  A proposed Order is attached.

Date:  September 11, 2019	Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

*/s/ Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
CRISTEN C. HANDLEY
Attorneys, Civil Division
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
Tel: (202) 514-5302
Fax: (202) 616-8460

*Counsel for Department of Justice*

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | |
| APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS | ) ) ) ) ) ) | Civil Action No.  1:19-gj-00048 BAH |

**[PROPOSED] ORDER**

Upon consideration of the Department of Justice's unopposed motion to submit to the Court an *in camera*, *ex parte* declaration in support of its forthcoming response to the petitioner's application for access to certain grand jury materials, it here hereby

ORDERED that the motion should be, and hereby is, GRANTED.

_____    _____
Date                                                                  Chief United States District Judge