APPEAL

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:19−gj−00048−BAH

| | |
|---|---|
| APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS<br>Assigned to: Chief Judge Beryl A. Howell<br> Case:  1:19−mc−00045−BAH<br>Case in other court:  USCA, 19−05219 | Date Filed: 07/26/2019 |

**In Re**

**APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS**

**Petitioner**

| | | |
|---|---|---|
| **COMMITTEE ON THE JUDICIARY** | represented by | **Douglas N. Letter**<br>U.S. HOUSE OF REPRESENTATIVES<br>Office of General Counsel<br>219 Cannon House Office Building<br>Washington, DC 20515<br>(202) 225−9700<br>Email: douglas.letter@mail.house.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **U.S. HOUSE OF REPRESENTATIVES** | represented by | **Douglas N. Letter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Interested Party**

| | | |
|---|---|---|
| **U.S. DEPARTMENT OF JUSTICE** | represented by | **Elizabeth J. Shapiro**<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20530<br>(202) 514−5302 |

Fax: (202) 616-8470
Email: Elizabeth.Shapiro@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristen Cori Handley**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202-305-2677
Email: Cristen.Handley@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **DAVID ANDREW CHRISTENSON** *TERMINATED: 08/02/2019* | represented by | DAVID ANDREW CHRISTENSON P.O. Box 9063 Miramar Beach, FL 32550 PRO SE |

**Amicus**

| | | |
|---|---|---|
| **CONSTITUTIONAL ACCOUNTABILITY CENTER** | represented by | Brianne Jenna Gorod CONSTITUTIONAL ACCOUNTABILITY CENTER 1200 18th Street, NW Suite 501 Washington, DC 20036 (202) 296-6889 ext. 304 Email: brianne@theusconstitution.org *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/26/2019 | 1 | | APPLICATION FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS by COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES (Attachments: # 1 Declaration of Perry H. Apelbaum, # 2 Exhibit A -- July 11 Hearing Memorandum, # 3 Exhibit B -- 2.22.19 Letter to AG Barr from Chairman Nadler + 5 Chairs to AG Barr, # 4 Exhibit C -- 3.25.19 Letter to AG Barr from Nadler + 5 Chairs.pdf, # 5 Exhibit D -- 4.1.19 Letter to AG Barr from Chairman Nadler, # 6 Exhibit 3.27.19 Letter to AG Barr et al. from Chairman Schiff & Ranking Member Nunes.pdf, # 7 Exhibit F -- 4.25.19 Letter to AG Barr et al. from Chairman Schiff & Ranking Member Nunes, # 8 Exhibit G -- 4.19.19 Subpoena to AG Barr, # 9 Exhibit H -- 4.22.19 Subpoena to Don McGahn, # 10 Exhibit I -- 5.20.19 Letter to Chairman Nadler from Cipollone, # 11 Exhibit J -- 6.18.19 Letter to Chairman Nadler from Cipollone, # 12 Exhibit K --5.1.19 Letter to Chairman Nadler from AAG Boyd, # 13 Exhibit L -- 5.3.19 Letter to AG Barr from Chairman Nadler, # 14 Exhibit M -- 5.7.19 Letter to Chairman Nadler from AAG Boyd, # 15 Exhibit N -- 5.8.19 Letter to |

| | | | |
|---|---|---|---|
| | | | AG Barr from Chairman Schiff, # 16 Exhibit O -- 5.24.19 Letter to AG Barr from Chairman Nadler, # 17 Exhibit P -- DOJ Filing in Haldeman, # 18 Exhibit Q -- In re Madison Guarantee Order, # 19 Exhibit R -- 4.11.19 Letter to AG Barr from Chairman Nadler, # 20 Exhibit S -- 5.6.19 Letter to Chairman Nadler from AAG Boyd, # 21 Exhibit T -- July 12 Hearing Transcript (excerpt), # 22 Exhibit U -- June 19 Hearing Memorandum, # 23 Exhibit V -- Judiciary July 24 Hearing Transcript (excerpt), # 24 Exhibit W -- HPSCI July 24 Hearing Transcript, # 25 Exhibit X -- Procedures for Handling Grand Jury Information, # 26 Exhibit Y -- Rodino Letter, # 27 Text of Proposed Order)(zrdj) (Entered: 07/26/2019) |
| 07/26/2019 | 2 | | NOTICE OF RELATED CASE by COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES. Case related to Case No. 19mc45. (zrdj) Modified on 7/26/2019 to correct related case number (zrdj). (Entered: 07/26/2019) |
| 07/26/2019 | | | MINUTE ORDER (paperless) DIRECTING the Committee on the Judiciary to confer with the appropriate office within the Department of Justice, in light of the conclusion of Robert S. Mueller III's appointment as Special Counsel for the Department of Justice, and file jointly, by July 31, 2019, a proposed scheduling order to control further proceedings. Signed by Chief Judge Beryl A. Howell on July 26, 2019. (lcbah1) Modified on 7/26/2019 (tg). (Entered: 07/26/2019) |
| 07/26/2019 | | | Set/Reset Deadlines: Joint proposed scheduling order due by 7/31/2019. (tg) (Entered: 07/26/2019) |
| 07/30/2019 | 3 | | CERTIFICATE OF SERVICE by COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES . (Letter, Douglas) (Entered: 07/30/2019) |
| 07/31/2019 | 4 | | NOTICE of Appearance by Elizabeth J. Shapiro on behalf of U.S. DEPARTMENT OF JUSTICE (Shapiro, Elizabeth) (Entered: 07/31/2019) |
| 07/31/2019 | 5 | | PROPOSED BRIEFING SCHEDULE *(joint)* by U.S. DEPARTMENT OF JUSTICE. (Shapiro, Elizabeth) (Entered: 07/31/2019) |
| 07/31/2019 | 6 | | NOTICE of Appearance by Cristen Cori Handley on behalf of U.S. DEPARTMENT OF JUSTICE (Handley, Cristen) (Entered: 07/31/2019) |
| 07/31/2019 | | | MINUTE ORDER (paperless) ISSUING, upon consideration of the 5 Proposed Scheduling Order, the following SCHEDULING ORDER: (1) by September 13, 2019, the Department of Justice shall file its response to the Application; (2) by September 30, 2019, the Committee on the Judiciary shall file its reply. Signed by Chief Judge Beryl A. Howell on July 31, 2019. (lcbah1) (Entered: 07/31/2019) |
| 07/31/2019 | | | Set/Reset Deadlines: Department of Justice's response to the Application due by 9/13/2019; the Committee on the Judiciary's reply due by 9/30/2019. (tg) (Entered: 07/31/2019) |
| 07/31/2019 | 7 | | MOTION to Intervene by DAVID ANDREW CHRISTENSON "Leave to file GRANTED", Signed by Chief Judge Beryl A. Howell on July 31, 2019. (zrdj) (Entered: 08/01/2019) |
| 08/02/2019 | 8 | | ORDER DENYING the 7 Motion to Intervene. See Order for further details. Signed by Chief Judge Beryl A. Howell on August 2, 2019. (lcbah1) (Entered: 08/02/2019) |

| 08/06/2019 | 9 | | LEAVE TO FILE DENIED− DAVID ANDREW CHRISTENSON : Supplemental Motion to Intervene This document is unavailable as the Court denied its filing. " Leave to file DENIED for reasons stated in August 2, 2019 order ECF No. 8 ." Signed by Chief Judge Beryl A. Howell on 8/6/2019. (zrdj) (Entered: 08/07/2019) |
| --- | --- | --- | --- |
| 08/06/2019 | 10 | | MOTION for Reconsideration re 8 Order on Motion to Intervene by DAVID ANDREW CHRISTENSON (zrdj) (Entered: 08/08/2019) |
| 08/06/2019 | 11 | | NOTICE OF APPEAL as to 8 Order on Motion to Intervene by DAVID ANDREW CHRISTENSON. Fee Status: No Fee Paid. Parties have been notified. (zrdj) (Entered: 08/08/2019) |
| 08/08/2019 | 12 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court re 11 Notice of Appeal. (zrdj) (Entered: 08/08/2019) |
| 08/08/2019 | | | MINUTE ORDER (paperless) DENYING the 10 Motion to Reconsider, which does not provide any basis under Federal Rule of Civil Procedure 60(b) for granting relief from the 8 Order denying the 7 Motion to Intervene. Signed by Chief Judge Beryl A. Howell on August 8, 2019. (lcbah1) (Entered: 08/08/2019) |
| 08/08/2019 | 13 | | Supplemental Record on Appeal transmitted to US Court of Appeals re Order on Motion for Reconsideration, 10 MOTION for Reconsideration re 8 Order on Motion to Intervene, 11 Notice of Appeal ;MINUTE ORDER (paperless) DENYING the 10 Motion to Reconsider (zrdj) (Entered: 08/08/2019) |
| 08/13/2019 | 14 | | LEAVE TO FILE DENIED− DAVID ANDREW CHRISTENSON ; Supplemental Motion to Reconsider This document is unavailable as the Court denied its filing. "Leave to file DENIED". Signed by Chief Judge Beryl A. Howell on 8/13/2019. (zrdj) (Entered: 08/15/2019) |
| 08/19/2019 | | | USCA Case Number 19−5219 for 11 Notice of Appeal filed by DAVID ANDREW CHRISTENSON. (zrdj) (Entered: 08/19/2019) |
| 08/26/2019 | 15 | | LEAVE TO FILE DENIED − DAVID ANDREW CHRISTENSON ; Friend of the Court Brief. This document is unavailable as the Court denied its filing. "Leave to file DENIED". Signed by Chief Judge Beryl A. Howell on 8/26/2019. (ztth). (Entered: 08/28/2019) |
| 08/30/2019 | 16 | | MOTION for Leave to File *Amicus Curiae Brief* by CONSTITUTIONAL ACCOUNTABILITY CENTER (Attachments: # 1 Exhibit Proposed Amicus Curiae Brief, # 2 Text of Proposed Order)(Gorod, Brianne) (Entered: 08/30/2019) |
| 08/30/2019 | | | MINUTE ORDER (paperless) GRANTING the 16 Motion of Constitutional Accountability Center for Leave to File *Amicus Curiae* Brief in Support of the Committee on the Judiciary, U.S. House of Representatives and DIRECTING the Clerk of the Court to docket the Brief of Constitutional Accountability Center as *Amicus Curiae* in Support of the Committee on the Judiciary, U.S. House of Representatives, ECF No. 16−1. Signed by Chief Judge Beryl A. Howell on August 30, 2019. (lcbah1) (Entered: 08/30/2019) |
| 08/30/2019 | | | AMICUS BRIEF in Support of the Committee on the Judiciary, U.S. House of Representatives by CONSTITUTIONAL ACCOUNTABILITY CENTER. |

| | | | |
|---|---|---|---|
| | | | (zrdj) (Entered: 09/03/2019) |
| 09/04/2019 | 17 | | LEAVE TO FILE DENIED− DAVID ANDREW CHRISTENSON ; Amicus This document is unavailable as the Court denied its filing. "Leave to file DENIED", Signed by Chief Judge Beryl A. Howell on 9/4/2019. (zrdj) (Entered: 09/04/2019) |
| 09/05/2019 | 18 | | LEAVE TO FILE DENIED− DAVID ANDREW CHRISTENSON ; Amicus This document is unavailable as the Court denied its filing. "Leave to file DENIED", Signed by Chief Judge Beryl A. Howell on 9/5/2019. (zrdj) (Entered: 09/09/2019) |
| 09/11/2019 | 19 | | Unopposed MOTION for Leave to File *to File Document In Camera and Ex Parte* by U.S. DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(Shapiro, Elizabeth) (Entered: 09/11/2019) |
| 09/12/2019 | | | MINUTE ORDER (paperless) GRANTING the Department of Justice's 19 Unopposed Motion to Submit an *In Camera, Ex Parte* Declaration in Support of its Forthcoming Response. Signed by Chief Judge Beryl A. Howell on September 12, 2019. (lcbah1) (Entered: 09/12/2019) |
| 09/13/2019 | 20 | | RESPONSE re 1 MOTION for Order *for Disclosure of Certain Grand Jury Materials* filed by U.S. DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Shapiro, Elizabeth) (Entered: 09/13/2019) |
| 09/13/2019 | 21 | | LEAVE TO FILE DENIED− DAVID ANDREW CHRISTENSON ; Amicus/Notice This document is unavailable as the Court denied its filing. "Leave to file DENIED". Signed by Chief Judge Beryl A. Howell on 9/13/2019. (zrdj) (Entered: 09/16/2019) |
| 09/17/2019 | | | MINUTE ORDER (paperless) DIRECTING the parties, at 10:00 AM on Tuesday, October 8, 2019, to appear for a hearing before Chief Judge Beryl A. Howell in Courtroom 22A. Signed by Chief Judge Beryl A. Howell on September 17, 2019. (lcbah1) (Entered: 09/17/2019) |
| 09/17/2019 | 22 | | LEAVE TO FILE DENIED− Notice submitted by David Andrew Christenson. This document is unavailable as the Court denied its filing. "Leave to file DENIED" Signed by Chief Judge Beryl A. Howell on 09/17/2019. (jf) (Main Document 22 replaced on 9/18/2019) (zjf). (Entered: 09/18/2019) |
| 09/18/2019 | | | Set/Reset Hearings: Hearing scheduled for 10/8/2019, at 10:00 AM in Courtroom 22A before Chief Judge Beryl A. Howell. (tg) (Entered: 09/18/2019) |
| 09/18/2019 | 23 | | LEAVE TO FILE DENIED− DAVID ANDREW CHRISTENSON ; Amicus/Notice This document is unavailable as the Court denied its filing. "Leave to file DENIED". Signed by Chief Judge Beryl A. Howell on 9/18/2019. (zrdj) (Entered: 09/20/2019) |
| 09/18/2019 | 24 | | LEAVE TO FILE DENIED− DAVID ANDREW CHRISTENSON ; Motion for Leave to Ppoceed in forma pauperis This document is unavailable as the Court denied its filing. "Leave to file DENIED". Signed by Chief Judge Beryl A. Howell on 9/18/2019. (zrdj) (Entered: 09/20/2019) |
| 09/20/2019 | 25 | | |

|  |  |  | ORDER of USCA as to 11 Notice of Appeal filed by DAVID ANDREW CHRISTENSON ; USCA Case Number 19−5219. (zrdj) (Entered: 09/24/2019) |
|---|---|---|---|
| 09/20/2019 | 26 |  | MOTION for Leave to Appeal in forma pauperis by DAVID ANDREW CHRISTENSON (zrdj) (Entered: 09/24/2019) |
| 09/26/2019 |  | 7 | MINUTE ORDER (paperless) GRANTING the 26 Motion for Leave to Proceed In Forma Pauperis by David Andrew Christenson. Signed by Chief Judge Beryl A. Howell on September 26, 2019. (lcbah1) (Entered: 09/26/2019) |