# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS | No. 19-gj-48 (BAH) |

## NOTICE OF APPEARANCE

I, Adam Grogg, hereby enter my appearance as counsel in the above-captioned case for the Committee on the Judiciary of the United States House of Representatives. Please send all future notices in this matter to me.

        Respectfully submitted,

        */s/ Adam A. Grogg*
        ADAM A. GROGG (D.C. Bar No. 1552438)
          *Assistant General Counsel*
        OFFICE OF GENERAL COUNSEL
        U.S. HOUSE OF REPRESENTATIVES
        219 Cannon House Office Building
        Washington, D.C. 20515
        Telephone: (202) 225-9700

        *Counsel for the Committee on the Judiciary,*
        *United States House of Representatives*

September 30, 2019