**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| *In re* APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS | Grand Jury No. 19-48 (BAH)<br><br>Chief Judge Beryl A. Howell |

<u>**ORDER**</u>

Upon consideration of the Declaration of Bradley Weinsheimer, Ex. 10, Department of Justice's ("DOJ") Resp. to App. of House Judiciary Committee ("HJC") for an Order Authorizing Release of Certain Grand Jury Materials ("DOJ Resp."), ECF No. 20-10; the *ex parte*, *in camera* version of the Declaration of Bradley Weinsheimer, *see* Min. Ord. (Sept. 12, 2019); DOJ's Supplemental Submission in Response to Minute Order of Oct. 8, 2019 ("DOJ Supp."), ECF No. 40; the Second Declaration of Bradley Weinsheimer; HJC's Response to DOJ's Second Supplemental Submission, ECF No. 41; the arguments presented at the Hearing on October 8, 2019, *see* Hr'g Tr., ECF No. 38, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion Directing DOJ to Unseal Portion of Declaration Improperly Redacted Under Fed. R. Crim. P. 6(e), it is hereby:

**ORDERED** that DOJ must refile the Declaration of Bradley Weinsheimer, Ex. 10, DOJ Resp., ECF No. 20-10, with the following portions unredacted:

1. The first sentence of paragraph four.

2. The second sentence of paragraph four from the first word through the phrase "with the exceptions of."

3. The final sentence of paragraph four.

**SO ORDERED.**

DATE: October 17, 2019

_____

BERYL A. HOWELL
Chief Judge