# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| APPLICATION OF THE COMMITTEE ) | Civil Action No. 1:19-gj-00048 BAH |
| ON THE JUDICIARY, U.S. HOUSE OF ) | |
| REPRESENTATIVES, FOR AN ORDER ) | |
| AUTHORIZING THE RELEASE OF ) | |
| CERTAIN GRAND JURY MATERIALS ) | |

## DEPARTMENT OF JUSTICE'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Department of Justice appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's October 25, 2019, Memorandum and Order (ECF Nos. 45 and 46) requiring disclosure of certain grand jury information by October 30, 2019.

Dated:  October 28, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

*/s/ Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
CRISTEN C. HANDLEY
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
Tel: (202) 514-5302
Fax: (202) 616-8460

*Counsel for Department of Justice*