AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In re: Application of the Committee on the Judiciary, U.S. House of Representatives, for an Order Authorizing the Release of Certain Grand Jury Materials | )<br>)<br>)   Case No.   19-gj-00048<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Committee on the Judiciary, United States House of Representatives.

Date:     10/29/2019

/s/ Annie L. Owens
*Attorney's signature*

Annie L. Owens, D.C. Bar #976604
*Printed name and bar number*

Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Avenue, NW
Washington, DC 20001
*Address*

ao700@georgetown.edu
*E-mail address*

(202) 662-4036
*Telephone number*

(202) 662-9048
*FAX number*