# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS | No. 19-gj-48 (BAH) |

### RESPONSE OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, TO ORDER TO SHOW CAUSE

The Committee on the Judiciary (Committee) of the U.S. House of Representatives respectfully responds to this Court's Order directing the Committee to show cause "why, in light of the Committee's consent to the Department of Justice's request for a seven-day administrative stay from the Court of Appeals for the D.C. Circuit, which the Committee failed to mention in its [50] Opposition to the Department of Justice's Motion for a Stay Pending Appeal, the [45] Order Granting the Application of the Committee on the Judiciary, U.S. House of Representatives should not be stayed for the same period, until November 6, 2019." Minute Order (Oct. 29, 2019).

**1.** DOJ sought a stay pending appeal of this Court's disclosure order from the D.C. Circuit before this Court had an opportunity to rule on the request for a stay pending appeal that DOJ had made in this Court earlier the same day. *See* DOJ's Emergency Motion for Stay Pending Appeal and for an Immediate Administrative Stay Pending Disposition of the Stay Motion at 4 (Oct. 28, 2019), No. 19-5288 (D.C. Cir. filed Oct. 28, 2019). DOJ sought the Committee's consent to a seven-day administrative stay from the D.C. Circuit, to which the Committee consented in order to allow both this Court and the D.C. Circuit adequate time to rule

on DOJ's motions for a stay pending appeal. *Id.* The Committee agreed to file its opposition to DOJ's D.C. Circuit motion for a stay pending appeal by November 1, 2019, at 4 p.m. *Id.*

**2.** As of the time of this filing, the D.C. Circuit has not yet acted on DOJ's request for an administrative stay or on DOJ's request for a stay pending appeal. Absent a stay from this Court or the D.C. Circuit, this Court's disclosure order will take effect tomorrow, October 30, 2019.

If the D.C. Circuit does not issue an administrative stay, this Court could grant such a stay to permit it further time, as needed, to consider DOJ's motion for a stay pending appeal. DOJ did not request that this Court enter such an administrative stay. Yet should this Court require additional time before the October 30 disclosure deadline to rule on DOJ's motion for a stay pending appeal, the Committee consents to such a stay, as it consented to a seven-day administrative stay before the D.C. Circuit.

If the D.C. Circuit issues an administrative stay, the Committee anticipates that that stay would give this Court additional time, if needed, to issue a ruling on DOJ's motion for a stay pending appeal in the first instance. This Court's ruling would then inform both the Committee's opposition to DOJ's D.C. Circuit motion and the D.C. Circuit's consideration of that motion. That is the sequence contemplated by Federal Rule of Appellate Procedure 8(a).

The Committee respectfully submits that its consent to an administrative stay before the D.C. Circuit, at DOJ's request, does not bear on whether that Court or this Court should issue a broader stay pending appeal. *Cf. Garza v. Hargan*, No. 17-5236, 2017 WL 4707112, at *1 (D.C. Cir. Oct. 19, 2017) ("The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for stay and should not be construed in any way as a ruling on the merits of that motion." (citing *D.C. Circuit Handbook of Practice and Internal Procedures* 33 (2017))). For all of the reasons stated in the Committee's recently filed

opposition before this Court, ECF No. 50, and for those the Committee will set forth in its opposition before the D.C. Circuit, a stay pending appeal is not warranted here.

        Respectfully submitted,

        */s/ Douglas N. Letter*
        Douglas N. Letter (DC Bar No. 253492)
           *General Counsel*
        Todd B. Tatelman (VA Bar No. 66008)
           *Deputy General Counsel*
        Megan Barbero (MA Bar No. 668854)
           *Associate General Counsel*
        Josephine Morse (DC Bar No. 1531317)
           *Associate General Counsel*
        Adam A. Grogg (DC Bar No. 1552438)
           *Assistant General Counsel*
        Jonathan B. Schwartz (DC Bar No. 342758)
           *Attorney*
        OFFICE OF GENERAL COUNSEL
        U.S. HOUSE OF REPRESENTATIVES
        219 Cannon House Office Building
        Washington, D.C. 20515
        Telephone: (202) 225-9700
        douglas.letter@mail.house.gov

        Annie L. Owens (DC Bar No. 976604)
        Daniel B. Rice (DC Bar No. 888273343)
        Joshua A. Geltzer (DC Bar No. 1018768)
        Mary B. McCord (DC Bar No. 427563)
        INSTITUTE FOR CONSTITUTIONAL
           ADVOCACY AND PROTECTION
        Georgetown University Law Center
        600 New Jersey Avenue NW
        Washington, D.C. 20001
        Telephone: (202) 662-9042
        ao700@georgetown.edu

        *Counsel for the Committee on the Judiciary, United States House of Representatives*

October 29, 2019