
**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS | No. 19-gj-48 (BAH) |

## **NOTICE**

The Committee on the Judiciary of the U.S. House of Representatives respectfully notifies the Court that the D.C. Circuit has issued the attached per curiam Order in the Department of Justice's appeal in this case.

        Respectfully submitted,

        */s/ Douglas N. Letter*
        Douglas N. Letter (DC Bar No. 253492)
           *General Counsel*
        Todd B. Tatelman (VA Bar No. 66008)
           *Deputy General Counsel*
        Megan Barbero (MA Bar No. 668854)
           *Associate General Counsel*
        Josephine Morse (DC Bar No. 1531317)
           *Associate General Counsel*
        Adam A. Grogg (DC Bar No. 1552438)
           *Assistant General Counsel*
        Jonathan B. Schwartz (DC Bar No. 342758)
           *Attorney*
        OFFICE OF GENERAL COUNSEL
        U.S. HOUSE OF REPRESENTATIVES
        219 Cannon House Office Building
        Washington, D.C. 20515
        Telephone: (202) 225-9700
        douglas.letter@mail.house.gov

        Annie L. Owens (DC Bar No. 976604)
        Daniel B. Rice (DC Bar No. 888273343)
        Joshua A. Geltzer (DC Bar No. 1018768)
        Mary B. McCord (DC Bar No. 427563)

INSTITUTE FOR CONSTITUTIONAL
   ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, D.C. 20001
Telephone: (202) 662-9042
ao700@georgetown.edu

*Counsel for the Committee on the Judiciary, United States House of Representatives*

October 29, 2019

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-5288**  **September Term, 2019**

**1:19-gj-00048-BAH**

**Filed On:** October 29, 2019

In re: Application of the Committee on the Judiciary, U.S. House Of Representatives, for an Order Authorizing the Release of Certain Grand Jury Materials,

------------------------------

Committee on the Judiciary and United States House of Representatives,

       Appellees

v.

United States Department of Justice,

       Appellant

**BEFORE:**   Millett, Pillard, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal and for an immediate administrative stay, it is

**ORDERED** that the district court's October 25, 2019 order be administratively stayed pending further order of the court.  The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for stay pending appeal and should not be construed in any way as a ruling on the merits of that motion.  See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2018).  It is

**FURTHER ORDERED**, on the court's own motion, that appellees file a response to the motion by 4:00 p.m. on Friday, November 1, 2019, and that appellant file any reply by 4:00 p.m. on Tuesday, November 5, 2019.  The parties are directed to hand-deliver the paper copies of their submissions to the court by the time and date due.

**Per Curiam**

       **FOR THE COURT:**
       Mark J. Langer, Clerk

    BY:   /s/
       Amy Yacisin
       Deputy Clerk