# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 19-5219**  September Term, 2019

1:19-gj-00048-BAH

Filed On: February 27, 2020

In re: Application of the Committee on the Judiciary, U.S. House of Representatives, for an Order Authorizing the Release of Certain Grand Jury Materials,

------------------------------

Committee on the Judiciary and United States House of Representatives,

    Appellees

  v.

United States Department of Justice,

    Appellee

David Andrew Christenson,

    Appellant

    **BEFORE:** Millett and Pillard, Circuit Judges; Sentelle, Senior Circuit Judge

### O R D E R

Upon consideration of the joint motion for summary affirmance, the opposition, and the supplement thereto, and the notices submitted by appellant David Christenson, it is

**ORDERED** that the joint motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court correctly concluded that Christenson lacks standing and failed to articulate any basis for intervention in this case. It is

**FURTHER ORDERED** that the Clerk be directed to note on the docket that the notices submitted by Christenson have not been accepted for filing.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-5219**                      **September Term, 2019**

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<b><u>Per Curiam</u></b>

                                      **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                BY:    /s/
                                        Manuel J. Castro
                                        Deputy Clerk