# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS | No. 19-gj-48 (BAH) |

## NOTICE OF WITHDRAWAL OF COUNSEL

I, Adam A. Grogg, hereby withdraw my appearance as counsel in this case because I am leaving the Office of General Counsel of the United States House of Representatives. Applicant will continue to be represented by the other attorneys who have entered appearances in this case.

Respectfully submitted,

*/s/ Adam A. Grogg*
Adam A. Grogg (DC Bar No. 1552438)
  *Associate General Counsel*
Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, DC  20515
Telephone: (202) 225-9700
adam.grogg@mail.house.gov

October 7, 2020