**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS | No. 19-gj-48 (BAH) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JOSHUA A. GELTZER**

I, Joshua A. Geltzer, hereby withdraw my appearance on behalf of Applicant in the above-captioned case. Applicant will continue to be represented by the other attorneys who have entered appearances in this case.

Respectfully submitted,

/s/ *Joshua A. Geltzer*
Joshua A. Geltzer (D.C. Bar No. 1018768)
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, D.C. 20001
Telephone: (202) 662-9042
jg1861@georgetown.edu

January 26, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2021, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Joshua A. Geltzer*<br>Joshua A. Geltzer