# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 19-5288**                                       **September Term, 2020**

**1:19-gj-00048-BAH**

**Filed On: August 9, 2021** [1909552]

In re: Application of the Committee on the
Judiciary, U.S. House of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

------------------------------

Committee on the Judiciary, United States
House of Representatives,

      Appellee

  v.

United States Department of Justice,

      Appellant

## **M A N D A T E**

    In accordance with the judgment of August 9, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                      BY:    /s/
                                    Michael C. McGrail
                                    Deputy Clerk

Link to the judgment filed August 9, 2021